# EXHIBIT A

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| 16. In a method of communicating in a packet communication system having a first communication station for sending data formatted into a packet-formatted data packet pursuant to a selected packet formatting protocol upon a communication channel, the packet-formatted data packet having a header part and a payload part, an improvement of a method for selectably protecting a first selected portion of the data packet by a first selected checksum and at least a second selected portion of the data packet by a second selected checksum, | Defendant Chamberlain Group LLC ("Chamberlain" or "Defendant") manufactures, uses (including through testing), sells, and/or offers for sale, and instructs end users to use the CHAMBERLAIN Smart Garage Control (the "Accused Products"), which support wireless communication using IEEE standards including IEEE 802.11n.<br><br>Within the Accused Products, operation is performed in accordance with the IEEE 802.11n-2009 and IEEE 802.11-2016 standards, which define aggregate medium access control (MAC) protocol data units (A-MPDUs) and medium access control (MAC) protocol data units (MPDUs). An A-MPDU consists of a sequence of one or more A-MPDU subframes and contains one or more MPDUs that are transported by the physical layer (PHY) as a single PHY service data unit (PSDU). The standards further define that multiple MPDUs may be aggregated into a single frame for transmission and that a CRC is used as a frame check sequence (FCS) to protect the MPDU fields. IEEE 802.11 further describes that each A-MPDU subframe includes an MPDU delimiter (header) followed by the corresponding MPDU (payload). Further, the local MAC uses underlying PHY-level services to transport a MAC service data unit (MSDU) to a peer MAC entity, and an MSDU may be transmitted in one or more MAC protocol data units (MPDUs), which are exchanged between peer MAC entities using the services of the PHY. IEEE 802.11 further defines a communication path through the wireless medium between a non-access point (non-AP) station (STA) and an access point (AP), while distribution services provide the ability to exchange and deliver MSDUs within a distribution system (DS), including when a frame is transmitted via the DS. These IEEE 802.11 procedures establish the packet-based communication system, communication stations, packet-formatting protocol, and wireless communication channel.<br><br>CHAMBERLAIN<br> |

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| said method comprising: | **Smart Garage® Control**<br>MYQ-G0401-ES<br>$64.99<br>Add To Cart Where to Buy<br>• Smartphone control: Control, secure and monitor your garage door from anywhere.<br>• Compatible with all major brands of garage door openers manufactured after 1993 that have standard safety sensors.<br>• New design: Compact modern design with a white finish that blends in with ceilings, walls and garage doors. New mounting plate simplifies install.<br>• Improved setup: Bluetooth Low Energy (BLE) integration makes setup easier than ever. Download the myQ App and follow the in-app instructions to get set up in minutes.<br>• Works with Amazon Key: Enables convenient and secure In-Garage Delivery.<br><br>Source: https://www.chamberlain.com/smart-garage-control/p/MYQ-G0401-ESMC |

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | (see below) |

## Smart Garage® Control

Smart Garage® Control is a quick and easy smart home upgrade that allows you to link your existing garage door opener to the myQ® App so you can control, secure and monitor the home's largest access point from your smartphone. It's sleek white finish blends in with ceilings, walls and garage doors, making it an aesthetic complement to any garage environment. Works with most brands of garage door openers manufactured after 1993 that use photoelectric sensors that do not shut off.*

SPECIFICATIONS

| | |
|---|---|
| SMARTPHONE CONTROL | myQ allows you to close from anywhere. Open for anyone. Get alerts. |
| COMPATIBILITY | Provides a retrofit solution for most brands of garage door openers manufactured after 1993 that use photoelectric sensors that do not shut off.* |
| NUMBER OF DOORS CONTROLLED | Up to two garage door openers with additional door sensor.** |
| WI-FI® NETWORK | 2.4 GHz • IEEE 802.11 b/g/n • Security: WPA2, WPA and WEP. |
| HUB | Communicates with the garage door opener via radio control. |
| DOOR SENSOR | Mounts on the top inside panel of a garage door. |
| WARRANTY | One Year. |

Source: https://pdf.lowes.com/productdocuments/2e93203d-be41-4ef1-b0c5-039a8fc1d41d/47826661.pdf Page 1 and 2 of 2

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| |  IEEE Standard for Information technology— Telecommunications and information exchange between systems— Local and metropolitan area networks— Specific requirements. Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications. Amendment 5: Enhancements for Higher Throughput. IEEE Computer Society. Sponsored by the LAN/MAN Standards Committee. IEEE 3 Park Avenue New York, NY 10016-5997, USA. 29 October 2009. IEEE Std 802.11n™-2009 (Amendment to IEEE Std 802.11™-2007 as amended by IEEE Std 802.11k™-2008, IEEE Std 802.11r™-2008, IEEE Std 802.11y™-2008, and IEEE Std 802.11w™-2009)  IEEE STANDARDS ASSOCIATION. IEEE Standard for Information technology— Telecommunications and information exchange between systems Local and metropolitan area networks— Specific requirements. Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications. IEEE Computer Society. Sponsored by the LAN/MAN Standards Committee. IEEE 3 Park Avenue New York, NY 10016-5997 USA. IEEE Std 802.11™-2016 (Revision of IEEE Std 802.11-2012)<br>Source: https://ieeexplore.ieee.org/document/5307322 , IEEE 802.11n- 2009<br>Source: https://ieeexplore.ieee.org/document/7786995 , IEEE 802.11- 2016 |

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | |

### 7.4a Aggregate MPDU (A-MPDU)

#### 7.4a.1 A-MPDU format

An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.




**Figure 7-101o—A-MPDU format**

Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter is defined in Figure 7-101p.




**Figure 7-101p—A-MPDU subframe format**

Source: IEEE 802.11n- 2009, Page 122 of 536

**aggregate medium access control (MAC) protocol data unit (A-MPDU):** A structure that contains one or more MPDUs and is transported by a physical layer (PHY) as a single PHY service data unit (PSDU).

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | |

**medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY). *Syn:* **medium access control (MAC) frame**.

Source: IEEE 802.11- 2016, Page 129 and 136 of 3532

### 9.7 Aggregate MPDU (A-MPDU)

#### 9.7.1 A-MPDU format

An A-MPDU consists of a sequence of one or more A-MPDU subframes and a variable amount of EOF padding as shown in Figure 9-741.

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter when transmitted by a non-DMG STA is defined in Figure 9-744. The structure of the MPDU Delimiter field when transmitted by a DMG STA is shown in Figure 9-745.

| | B0 | B1 | B2 B15 | B16 B23 | B24 B31 |
|---|---|---|---|---|---|
| | EOF | Reserved | MPDU Length | CRC | Delimiter Signature |
| Bits: | 1 | 1 | 14 | 8 | 8 |

**Figure 9-744—MPDU delimiter (non-DMG)**

The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.

#### 9.7.2 MPDU delimiter CRC field

The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the 1s complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all 1s.

Source: IEEE 802.11- 2016, Page 1288 and 1289 of 3534

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | **A-MPDU**<br><br>Another method of frame aggregation is A-MPDU, where several MPDUs are combined into a single frame for transmission. Each MPDU of A-MPDU has the same receiver address and data payload and each MPDU is encrypted using the CCMP encryption method. Similar to A-MSDU, each MPDU within the A-MPDU must be of the same 802.11e QoS access category. A-MPDU has more overhead than A-MSDU because each MPDU contains a MAC header and trailer details.<br><br><br><br>802.11n/High Throughput (HT) MAC Architecture |

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | <br>Source: https://www.cwnp.com/802.11-mac-series-ndash-basics-mac-architecture-ndash-part-1-3/<br><br>**6.1.5 MAC data service architecture**<br><br>***Change the first two paragraphs of 6.1.5 as follows:***<br><br>The MAC data plane architecture (i.e., processes that involve transport of all or part of a MAC service data unit (MSDU) is shown in Figure 6-1. During transmission, an MSDU goes through some or all of the following processes: aggregate MSDU (A-MSDU) aggregation, frame delivery deferral during power save mode, sequence number assignment, fragmentation, encryption, integrity protection, ~~and~~ frame formatting, and aggregate MAC protocol data unit (A-MPDU) aggregation. IEEE Std 802.1X-2004 may block the MSDU at the Controlled Port. At some point, the data frames that contain all or part of the MSDU are queued per access category/traffic stream (AC/TS). ~~This queuing may be at any of the three points indicated in Figure 6-1.~~<br><br>Source: IEEE 802.11n- 2009, Page 44 of 536 |

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | **medium access control (MAC) service data unit (MSDU):** Information that is delivered as a unit between MAC service access points (SAPs).<br>**medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY). *Syn:* **medium access control (MAC) frame**.<br>**aggregate medium access control (MAC) protocol data unit (A-MPDU) subframe:** A portion of an A-MPDU that contains a delimiter and optionally contains an MPDU plus any necessary padding.<br>Source: IEEE 802.11- 2016, Page 129 and 155 of 3534<br>NOTE—The MMPDU occupies a position in the management plane similar to that of the MAC service data unit (MSDU) in the data plane. An MSDU or MMPDU is transmitted in one or more MAC protocol data units (MPDUs) (with the Type field set to Data or Management, respectively). An MSDU can be carried in an aggregate MAC service data unit (A-MSDU). An A-MSDU is transmitted in one MPDU. An MSDU, A-MSDU, or MMPDU can be carried (in an MPDU) in an A-MPDU.<br>Source: IEEE 802.11- 2016, Page 154 of 3534<br> |

<table>
<tr><th>Claim 16</th><th>CHAMBERLAIN Smart Garage Control</th></tr>
<tr><td></td><td>
Source: https://www.cwnp.com/802.11-mac-series-ndash-basics-mac-architecture-ndash-part-1-3/<br><br>
4.5.2 Distribution of MSDUs within a DS<br><br>
4.5.2.1 Distribution<br><br>
This is the primary service used by IEEE 802.11 STAs. It is conceptually invoked by every data message to or from an IEEE 802.11 STA operating in an ESS (when the frame is sent via the DS). Distribution is via the DSS.<br><br>
4.5.3.3 Association<br><br>
To deliver an MSDU within a DS, the distribution service needs to know which AP to access for the given IEEE 802.11 STA. This information is provided to the DS by the concept of association. Association is necessary, but not sufficient, to support BSS-transition mobility. Association is sufficient to support no-transition mobility. Association is one of the services in the DSS.<br><br>
Before a STA is allowed to send an MSDU via an AP, it first becomes associated with the AP. The act of becoming associated invokes the association service, which provides the STA to AP mapping to the DS. How the information provided by the association service is stored and managed within the DS is not specified by this standard.<br><br>
Source: IEEE 802.11- 2016, Page 219 and 221 and 220 of 3532<br><br>
Additional accused products include LiftMaster Smart Garage Control, LiftMaster MYQ-SGC1WLM Smart Garage Camera, Wall Mount Ultra-Quiet Wi-Fi Garage Door Opener with Battery Backup, Chain Drive Wi-Fi Garage Door Opener and Smart Garage Video Keypad which support IEEE 802.11 communication. These devices operate in accordance with IEEE 802.11 standards, including IEEE 802.11n, to enable wireless data transmission within the network. During operation, the devices exchange data using defined MAC and PHY layer procedures, including the formation and transmission of MPDUs and A-MPDUs. Accordingly, these devices implement the same IEEE 802.11-based data handling, structuring, and transmission functionality.<br><br>
LiftMaster
</td></tr>
</table>

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| |  <br>**MYQ-SGC1WLM**<br>LiftMaster Smart Garage Camera™<br>• Made for the home, optimized for the garage.<br>• Works alone or adds live or recorded video and motion notifications to any myQ connected garage door opener.<br>• Garage Climate Performance operates in extreme climate range of -4 to 122ºF.<br>• Magnetic mounting base with optional adhesive easily attaches to garage door openers and shelves.<br>• Easy Bluetooth setup quickly connects to the myQ app to view footage.<br>**Specifications** |

<table>
<tr><th>Claim 16</th><th>CHAMBERLAIN Smart Garage Control</th></tr>
<tr><td></td><td>
<table>
<tr><td>Mounting Base</td><td>Magnetic base for garage-door operator mount and hardware for wall mount</td></tr>
<tr><td>Connectivity</td><td>802.11 a/b/g/n/ac (2.4GHz, 5GHz) WiFi</td></tr>
<tr><td>Power Supply</td><td>AC power adapter. Input 100-240V AC, 50/60Hz. Output 5V DC, 1.0A.</td></tr>
</table>
Source: https://www.liftmaster.com/liftmaster-smart-garage-camera/p/MYQ-SGC1WLM#spec
821LMC-S


Smart Garage Control
This device provides a quick and easy smart home upgrade that allows you to link your existing garage door opener to the myQ® app.
</td></tr>
</table>

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | **Specifications**<br>**Wi-Fi Network**<br>▪ 2.4 GHz<br>▪ IEEE 802.11 b/g/n<br>▪ Security: WPA2, WPA and WEP<br><br>Source: https://cgi.widen.net/content/tffxfhbpgh/original/821LMC-S_Product-Guide_EN.pdf?u=mcyivk&download=true<br><br>**Wall Mount Ultra-Quiet Wi-Fi® Garage Door Opener with Battery Backup**<br>RJO101<br><br>• Ultra-quiet operation: Our garage door opener is the quietest in the Chamberlain lines, ensuring peace and quiet in your home.<br>• Built-in Wi-Fi®: Allows for smartphone control with the free myQ app.<br>• Battery Backup: Lets you open and close your garage door even when the power is out.<br><br>Specs<br>**Connectivity** 802.11 b/g/n (2.4GHz)<br><br>Source: https://www.chamberlain.com/wall-mount-ultra-quiet-wi-fi-garage-door-opener-with-battery-backup/p/RJO101MC#spec |

| Claim 16 | CHAMBERLAIN Smart Garage Control |
| --- | --- |
| | **Chain Drive Wi-Fi Garage Door Opener**<br>C2202<br>Where to Buy<br>• Smartphone control: Control, secure and monitor the garage with the myQ app- anytime, from anywhere.<br>• Drive Type: Long-lasting chain drive.<br><br>Source: https://www.chamberlain.com/chain-drive-wi-fi-garage-door-opener/p/C2202TMC<br><br>**Connect With Your Smartphone**<br>**IMPORTANT: Set up a myQ® account and connect your garage door opener to the Wi-Fi® network using the myQ App before finalizing installation**<br>You must set up a myQ® account and connect the garage door opener to Wi-Fi® in order for it to be installed successfully.<br>**You will need:**<br>• Wi-Fi® enabled smartphone, tablet or laptop<br>• Broadband Internet Connection<br>• Wi-Fi® signal in the garage **(2.4 GHz, 802.11b/g/n required)**<br>• Password for your home network (router's main account, not guest network) |

| Claim 16 | CHAMBERLAIN Smart Garage Control |
| --- | --- |
| | Source: https://manuals.plus/m/7233e9c3f4c24a077548989bc6fcc19182b8a6cdfb27089d3628f5812cfc88eb_optim.pdf Page 5 of 20   Source: https://www.myq.com/smart-garage-video-keypad/p/MYQ-K40TXXW |
| selecting a first part of the data used to form the packet-formatted data packet to form the first selected portion to be protected by a first checksum and at least | Defendant's Accused Products include and/or utilize functionality for selecting a first part of the data used to form a packet-formatted data packet to form a first selected portion to be protected by a first checksum, and selecting at least a second part of the data to form at least a second selected portion.<br><br>For example, IEEE 802.11 standards define that each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU, where the MPDU delimiter includes fields such as Reserved, MPDU Length, CRC, and Delimiter Signature. The CRC field comprises an 8-bit CRC value used as a frame check sequence (FCS) to protect specified fields of the MPDU delimiter, including the Reserved and MPDU Length fields, and is generated based |

<table>
<tr><th>Claim 16</th><th>CHAMBERLAIN Smart Garage Control</th></tr>
<tr><td>a second part of the data used to form the packet-formatted data packet to form the at least the second selected portion;</td><td>on the corresponding protected bits. Thus, the 802.11 protocol defines the particular fields of each MPDU delimiter that are subject to CRC protection. For a first A-MPDU subframe, the Reserved and MPDU Length fields of the corresponding MPDU delimiter therefore constitute a first portion of the data designated for protection by the corresponding CRC, while the corresponding Reserved and MPDU Length fields of a second MPDU delimiter constitute at least a second portion of the data designated for protection by the corresponding second CRC. Here, the first set of protected fields corresponds to the claimed first selected portion and the second set of protected fields corresponds to the claimed at least second selected portion, with the respective CRC fields corresponding to the first and second checksums.<br><br>The designation of particular fields for CRC protection corresponds functionally to the selection of a first part and at least a second part of the data to form respective selected portions protected by respective checksums.<br><br>7.4a Aggregate MPDU (A-MPDU)<br><br>7.4a.1 A-MPDU format<br><br>An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.<br><br><br><br>Figure 7-101o—A-MPDU format<br><br>Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.<br><br>Source: IEEE 802.11n- 2009, Page 122 of 536</td></tr>
</table>

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | |

**aggregate medium access control (MAC) protocol data unit (A-MPDU) subframe:** A portion of an A-MPDU that contains a delimiter and optionally contains an MPDU plus any necessary padding.

**medium access control (MAC) frame:** The unit of data exchanged between MAC entities. *Syn:* **medium access control (MAC) protocol data unit (MPDU)**.

NOTE—In contexts in which the MAC is clearly the subject, "frame" is an implicit reference to a MAC frame.

**medium access control (MAC) protocol data unit (MPDU):** The unit of data exchanged between two peer MAC entities using the services of the physical layer (PHY). *Syn:* **medium access control (MAC) frame**.

Source: IEEE 802.11- 2016, Page 130, 136 of 3534

| | MPDU delimiter | MPDU | Padding |
|---|---|---|---|
| Octets: | 4 | variable | 0–3 |

**Figure 9-743—A-MPDU subframe format**

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter when transmitted by a non-DMG STA is defined in Figure 9-744. The structure of the MPDU Delimiter field when transmitted by a DMG STA is shown in Figure 9-745.

| | B0 | B1 | B2 B15 | B16 B23 | B24 B31 |
|---|---|---|---|---|---|
| | EOF | Reserved | MPDU Length | CRC | Delimiter Signature |
| Bits: | 1 | 1 | 14 | 8 | 8 |

**Figure 9-744—MPDU delimiter (non-DMG)**

Source: IEEE 802.11- 2016, Page 1289 of 3534

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | |

Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter is defined in Figure 7-101p.




**Figure 7-101p—A-MPDU subframe format**

**Table 7-57w— MPDU delimiter fields**

| Field | Size (bits) | Description |
|---|---|---|
| Reserved | 4 | |
| MPDU length | 12 | Length of the MPDU in octets |
| CRC | 8 | 8-bit CRC of the preceding 16-bits. |
| Delimiter Signature | 8 | Pattern that may be used to detect an MPDU delimiter when scanning for a delimiter.<br>The unique pattern is set to the value 0x4E.<br>NOTE—As the Delimiter Signature field was created by the IEEE 802.11 Task Group n, it chose the ASCII value for the character ‘N’ as the unique pattern. |

Source: IEEE 802.11n- 2009, Page 122 and 123 of 536

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.<br><br>**9.7.2 MPDU delimiter CRC field**<br><br>The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the 1s complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all 1s.<br><br>Source: IEEE 802.11- 2016, Page 1291 of 3534 |

**Table 9-422— MPDU delimiter fields (non-DMG)**

| Field | Size (bits) | Description |
|---|---|---|
| EOF | 1 | End of frame indication. Set to 1 in an A-MPDU subframe that has 0 in the MPDU Length field and that is used to pad the A-MPDU in a VHT PPDU as described in 10.13.6. Set to 1 in the MPDU delimiter of a VHT single MPDU as described in 10.13.7. Set to 0 otherwise. |
| Reserved | 1 | |
| MPDU Length | 14 | Length of the MPDU in octets. Set to 0 if no MPDU is present. An A-MPDU subframe with 0 in the MPDU Length field is used as defined in 10.13.3 to meet the minimum MPDU start spacing requirement and also to pad the A-MPDU to fill the available octets in a VHT PPDU as defined in 10.13.6. |
| CRC | 8 | 8-bit CRC of the preceding 16 bits. |
| Delimiter Signature | 8 | Pattern that can be used to detect an MPDU delimiter when scanning for an MPDU delimiter.<br>The unique pattern is 0x4E (see NOTE below). |

NOTE—The ASCII value of the character 'N' was chosen as the unique pattern for the value in the Delimiter Signature field.

<table>
<tr><th>Claim 16</th><th>CHAMBERLAIN Smart Garage Control</th></tr>
<tr><td></td><td>
Table 9-423—MPDU delimiter fields (DMG)
<table>
<tr><th>MPDU Delimiter field</th><th>Size (bits)</th><th>Description</th></tr>
<tr><td>Reserved</td><td>3</td><td></td></tr>
<tr><td>MPDU Length</td><td>13</td><td>Length of MPDU in octets</td></tr>
<tr><td>CRC</td><td>8</td><td>8-bit CRC on preceding 16 bits</td></tr>
<tr><td>Delimiter Signature</td><td>8</td><td>Pattern that can be used to detect an MPDU delimiter when scanning for a delimiter. The unique pattern is 0x4E.</td></tr>
</table>
Source: IEEE 802.11- 2016, Page 1290 of 3534
</td></tr>
<tr><td>performing a first checksum calculation upon the first part and at least a second checksum calculation upon the at least the second part;</td><td>Defendant’s Accused Products include and/or utilize functionality for performing a first checksum calculation upon the first portion of the data.<br><br>For example, IEEE 802.11 standards define that an A-MPDU consists of a sequence of one or more A-MPDU subframes, including A-MPDU subframe 1, where each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. The MPDU delimiter includes fields such as Reserved, MPDU Length, and CRC, and the MPDU delimiter CRC field is an 8-bit CRC value used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC is generated based on the protected bits. The IEEE 802.11 standard further illustrates the CRC calculation for the MPDU delimiter, demonstrating that a CRC value is calculated based on the protected bits of the MPDU delimiter. Accordingly, the CRC calculation associated with the first MPDU delimiter constitutes a first checksum calculation performed upon the first portion of the data, namely, the Reserved and MPDU Length fields designated for protection by that CRC.</td></tr>
</table>

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | (see below) |

**7.4a.1 A-MPDU format**

An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.




**Figure 7-101o—A-MPDU format**

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter is defined in Figure 7-101p.




**Figure 7-101p—A-MPDU subframe format**

**7.4a.2 MPDU delimiter CRC field**

The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the ones complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all ones.

NOTE—The order of transmission of bits within the CRC field is defined in 7.1.1.

Source: IEEE 802.11n- 2009, Page 122 and 123 of 536

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.<br><br>Figure 9-747 illustrates the CRC calculation for the MPDU delimiter.<br><br><br><br>**Figure 9-747—MPDU delimiter CRC calculation**<br><br>Source: IEEE 802.11- 2016, Page 1291 of 3534 |
| performing a first checksum calculation upon the first part and at least a second checksum calculation upon the at least the second part; | Defendant's Accused Products include and/or utilize functionality for performing at least a second checksum calculation upon the selected second portion.<br><br>For example, IEEE 802.11 standards define that an A-MPDU consists of a sequence of one or more A-MPDU subframes, including A-MPDU subframe 2, where each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. The MPDU delimiter includes fields such as Reserved, MPDU Length, and CRC, and the MPDU delimiter CRC field is an 8-bit CRC value used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC is generated based on the protected bits. The IEEE 802.11 standard further illustrates the CRC calculation for the MPDU delimiter, demonstrating that a CRC value is calculated based on the protected bits of the MPDU delimiter. Accordingly, the CRC calculation associated with the second MPDU delimiter |

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | constitutes at least a second checksum calculation performed upon the at least second portion of the data, namely, the Reserved and MPDU Length fields designated for protection by that CRC. |

**7.4a.1 A-MPDU format**

An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.




**Figure 7-101o—A-MPDU format**

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter is defined in Figure 7-101p.




**Figure 7-101p—A-MPDU subframe format**

**7.4a.2 MPDU delimiter CRC field**

The MPDU delimiter CRC field is an 8-bit CRC value. It is used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields. The CRC field is the ones complement of the remainder generated by the modulo 2 division of the protected bits by the polynomial $x^8 + x^2 + x^1 + 1$, where the shift-register state is preset to all ones.

NOTE—The order of transmission of bits within the CRC field is defined in 7.1.1.

Source: IEEE 802.11n- 2009, Page 122 and 123 of 536

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|
| | The purpose of the MPDU delimiter is to locate the MPDUs within the A-MPDU so that the structure of the A-MPDU can usually be recovered when one or more MPDU delimiters are received with errors. See O.2 for a description of a deaggregation algorithm.<br><br>Figure 9-747 illustrates the CRC calculation for the MPDU delimiter.<br><br><br><br>**Figure 9-747—MPDU delimiter CRC calculation**<br><br>Source: IEEE 802.11- 2016, Page 1291 of 3534 |
| and<br>formatting the data into a packet-formatted data packet to include a first portion identifying the first selected portion and indicia associated with the first selected checksum and at least | Defendant's Accused Products include and/or utilize functionality for formatting the data into a packet-formatted data packet, wherein the packet-formatted data packet comprises a first portion identifying the selected first portion and indicia associated with the first checksum, and at least a second portion identifying the selected second portion and indicia associated with the at least the second checksum.<br><br>For example, IEEE 802.11 standards define that an aggregate medium access control (MAC) protocol data unit (A-MPDU) consists of a sequence of one or more A-MPDU subframes, including A-MPDU subframe 1 and A-MPDU subframe 2, thereby forming a structured data unit for transmission. Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU, where the MPDU delimiter includes fields such as Reserved, MPDU Length, CRC, and Delimiter Signature. The CRC field is an 8-bit CRC value used as a frame check sequence (FCS) to protect the Reserved and MPDU Length fields, and a corresponding CRC calculation is performed for each MPDU delimiter. |

| Claim 16 | CHAMBERLAIN Smart Garage Control |
| --- | --- |
| a second portion identifying the second selected portion and indicia associated with the at least the second selected checksum. | Accordingly, the first A-MPDU subframe contains the first selected/protected portion and its corresponding checksum, while the second A-MPDU subframe contains the second selected/protected portion and its corresponding checksum. The respective A-MPDU subframe and MPDU-delimiter structures thereby provide a structural association between the respective selected portions and their corresponding checksum indicia.<br><br>Thus, the A-MPDU format corresponds to the first portion identifying the first selected portion and the at least second portion identifying the second selected portion, while the respective CRC fields correspond to the indicia associated with the first and at least second selected checksums.<br><br>**A-MPDU**<br><br>Another method of frame aggregation is A-MPDU, where several MPDUs are combined into a single frame for transmission. Each MPDU of A-MPDU has the same receiver address and data payload and each MPDU is encrypted using the CCMP encryption method. Similar to A-MSDU, each MPDU within the A-MPDU must be of the same 802.11e QoS access category. A-MPDU has more overhead than A-MSDU because each MPDU contains a MAC header and trailer details.<br><br><br><br>Source: https://www.cwnp.com/802.11-mac-series-ndash-basics-mac-architecture-ndash-part-1-3/ |

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|

## 3. Definitions

***Insert the following definitions in alphabetical order into Clause 3, renumbering as necessary:***

**3.227 aggregate medium access control (MAC) protocol data unit (A-MPDU):** A structure containing multiple MPDUs, transported as a single physical layer convergence procedure (PLCP) service data unit (PSDU) by the physical layer (PHY).

Source: IEEE 802.11n- 2009, Page 36 of 536

**aggregate medium access control (MAC) protocol data unit (A-MPDU) subframe:** A portion of an A-MPDU that contains a delimiter and optionally contains an MPDU plus any necessary padding.

Source: IEEE 802.11- 2016, Page 130 of 3534

### 7.4a Aggregate MPDU (A-MPDU)

#### 7.4a.1 A-MPDU format

An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 7-101o.




**Figure 7-101o—A-MPDU format**

Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.7d.2.

Source: IEEE 802.11n- 2009, Page 122 of 536

| Claim 16 | CHAMBERLAIN Smart Garage Control |
|---|---|

| | MPDU delimiter | MPDU | Padding |
|---|---|---|---|
| Octets: | 4 | variable | 0–3 |

**Figure 9-743—A-MPDU subframe format**

The MPDU delimiter is 4 octets in length. The structure of the MPDU delimiter when transmitted by a non-DMG STA is defined in Figure 9-744. The structure of the MPDU Delimiter field when transmitted by a DMG STA is shown in Figure 9-745.

| | B0 | B1 | B2 B15 | B16 B23 | B24 B31 |
|---|---|---|---|---|---|
| | EOF | Reserved | MPDU Length | CRC | Delimiter Signature |
| Bits: | 1 | 1 | 14 | 8 | 8 |

**Figure 9-744—MPDU delimiter (non-DMG)**

| Field | Size (bits) | Description |
|---|---|---|
| EOF | 1 | End of frame indication. Set to 1 in an A-MPDU subframe that has 0 in the MPDU Length field and that is used to pad the A-MPDU in a VHT PPDU as described in 10.13.6. Set to 1 in the MPDU delimiter of a VHT single MPDU as described in 10.13.7. Set to 0 otherwise. |
| Reserved | 1 | |
| MPDU Length | 14 | Length of the MPDU in octets. Set to 0 if no MPDU is present. An A-MPDU subframe with 0 in the MPDU Length field is used as defined in 10.13.3 to meet the minimum MPDU start spacing requirement and also to pad the A-MPDU to fill the available octets in a VHT PPDU as defined in 10.13.6. |
| CRC | 8 | 8-bit CRC of the preceding 16 bits. |

Source: IEEE 802.11- 2016, Page 1289 and 1290 of 3534