# EXHIBIT B

| Claim 1 | Chamberlain Amber - AI assistant |
| --- | --- |
| 1. A method for producing answers to a question or query issued to an information repository containing natural language data, executable in a computer system, comprising the steps of: | Defendant Chamberlain Group LLC ("Chamberlain" or "Defendant") manufactures, uses (including through testing), sells, and/or offers for sale, and instructs end users to use the Chamberlain Amber (the "Accused Product"), an AI assistant integrated within the Chamberlain website to provide technical support and information to users. Users access Amber through the Chamberlain website and submit natural-language queries to obtain responses.<br><br>Chamberlain Amber is an AI assistant powered by Quiq that leverages Chamberlain's extensive knowledge base, including PDF manuals, training decks, and video transcripts, which were ingested to create a single source of truth ("information repository containing natural language data"). Amber employs a cognitive architecture that wraps Large Language Model (LLM) technology for understanding user queries, enabling Amber to process information and provide relevant and coherent responses. Amber uses this knowledge and cognitive processing to address contextual, real-time questions concerning Chamberlain and its brands' products, including questions such as "What is the video resolution of MYQ-C13AXXW1 camera?" and "Tell me more details about MYQ-C13AXXW1 is a Smart Indoor Gen 2 camera." Accordingly, the Accused Product uses a natural-language knowledge repository and LLM-based cognitive architecture to produce answers to users' questions.<br><br>CHAMBERLAIN<br><br>**Transforming CX: Four Lessons from Chamberlain's Agentic AI Success**<br><br>• **Knowledge-Driven AI is the Future:** Chamberlain's AI agent, Amber, leverages a comprehensive knowledge base and cognitive reasoning to deliver dynamic, unscripted support. This adaptability sets agentic AI apart from traditional bots. |

<table>
<tr><th>Claim 1</th><th>Chamberlain Amber - AI assistant</th></tr>
<tr><td></td><td>

## 2. Embrace a Knowledge-Driven Strategy

The solution was a strategic shift to agentic AI, leading to the creation of "Amber," their new AI agent powered by Quiq. The core difference? Amber is knowledge-driven, not scripted. Instead of following a rigid path, it leverages a deep understanding of Chamberlain's vast knowledge base, along with reasoning based on cognitive architecture, to solve problems dynamically.

By ingesting everything from PDF manuals and training decks to video transcripts, Chamberlain created a single source of truth. This allows Amber to reason through issues and mimic the problem-solving process of a top-tier support agent. The AI can ask clarifying questions, adapt to the user's responses, and provide precise solutions without being confined to a predetermined script. Adaptability like this is the hallmark of true agentic AI.

Source: https://quiq.com/blog/chamberlain-success-story/




</td></tr>
</table>

| Claim 1 | Chamberlain Amber - AI assistant |
|---|---|
| | Source: Screenshot taken from - > https://support.chamberlaingroup.com/s/contact-us/other-issues/something-else<br>**3. Build Scalable CX Through Integration**<br>A key takeaway from Tommy's presentation was the critical role of data and seamless integration. Chamberlain's success wasn't just about launching a smarter bot; it was about connecting it to their core systems. By integrating with platforms like Salesforce, Genesys, and their own myQ ecosystem, they created a unified flow of information.<br>This architecture enables Amber to handle both residential and commercial support queries, routing users to the right experience with ease. For example, the system uses existing tags in Salesforce to deliver the correct information without extra effort. This level of integration ensures the AI assistant isn't just an isolated tool but a central, intelligent hub within their entire CX operation.<br>Source: https://quiq.com/blog/chamberlain-success-story/<br>**Cognitive architecture and artificial intelligence**<br>Modern AI development has returned to this insight. Large language models are extraordinarily capable of pattern recognition and language generation, but they lack persistent memory, goal-directed behavior, and the ability to reason across long time horizons without scaffolding. Cognitive architecture provides that scaffolding. By wrapping an LLM in a system that manages working memory, tracks goals, applies production rules, and learns from outcomes, developers can build agents that are both fluent and genuinely capable.<br>**4. Perception and language understanding**<br>Cognitive agents must interpret inputs before they can reason about them. In modern systems, this typically means processing natural language through an LLM, but the architecture determines how that processing is structured.<br>Source: https://quiq.com/blog/what-is-cognitive-architecture/ |
| a. receiving a search question or query containing at least | Defendant's Accused Product, Chamberlain Amber – AI assistant, includes and/or utilizes functionality for receiving a search question or query containing at least one variable expression representative of desired answer data. |

| Claim 1 | Chamberlain Amber - AI assistant |
|---|---|
| one variable expression, said at least one variable expression being representative of desired answer data that is to be searched for in said information repository; | For example, Amber provides an AI-powered conversational interface through which users submit natural-language questions concerning Chamberlain and its brands' products. Users can submit queries such as "What is the video resolution of MYQ-C13AXXW1 camera?" or "Tell me more details about MYQ-C13AXXW1 is a Smart Indoor Gen 2 camera," where terms such as "video resolution," "MYQ-C13AXXW1 camera," and "Smart Indoor Gen 2 camera" ("at least one variable expression") identify the particular product information sought by the user. Amber leverages Chamberlain's knowledge base, including PDF manuals, training decks, and video transcripts maintained as a single source of truth, together with its cognitive architecture and LLM-based processing to understand the user's natural-language query and provide a response, demonstrating that the received query contains variable components representative of the desired answer data.<br><br>**Transforming CX: Four Lessons from Chamberlain's Agentic AI Success**<br><br>• **Knowledge-Driven AI is the Future:** Chamberlain's AI agent, Amber, leverages a comprehensive knowledge base and cognitive reasoning to deliver dynamic, unscripted support. This adaptability sets agentic AI apart from traditional bots.<br><br>**2. Embrace a Knowledge-Driven Strategy**<br><br>The solution was a strategic shift to agentic AI, leading to the creation of "Amber," their new AI agent powered by Quiq. The core difference? Amber is knowledge-driven, not scripted. Instead of following a rigid path, it leverages a deep understanding of Chamberlain's vast knowledge base, along with reasoning based on cognitive architecture, to solve problems dynamically.<br><br>By ingesting everything from PDF manuals and training decks to video transcripts, Chamberlain created a single source of truth. This allows Amber to reason through issues and mimic the problem-solving process of a top-tier support agent. The AI can ask clarifying questions, adapt to the user's responses, and provide precise solutions without being confined to a predetermined script. Adaptability like this is the hallmark of true agentic AI.<br><br>Source: https://quiq.com/blog/chamberlain-success-story/ |

| Claim 1 | Chamberlain Amber - AI assistant |
|---|---|
| | <br>Source: Screenshot taken from - > https://support.chamberlaingroup.com/s/contact-us/other-issues/something-else<br>**4. Perception and language understanding**<br>Cognitive agents must interpret inputs before they can reason about them. In modern systems, this typically means processing natural language through an LLM, but the architecture determines how that processing is structured.<br>Source: https://quiq.com/blog/what-is-cognitive-architecture/ |
| b. initiating a search of said information repository for | Defendant's Accused Product, Chamberlain Amber – AI assistant, includes and/or utilizes functionality for initiating a search of an information repository for information containing terms present in a search question or |

| Claim 1 | Chamberlain Amber - AI assistant |
|---|---|
| information containing terms present in said search question or query and receiving a first data set comprising information containing terms present in said search question or query; | query and receiving a first data set comprising information containing terms present in the search question or query.<br><br>For example, Chamberlain Amber is a knowledge-driven AI agent, powered with Quiq, that leverages Chamberlain's extensive knowledge base, into which PDF manuals, training decks, and video transcripts are ingested to create a single source of truth. Quiq utilizes Retrieval-Augmented Generation (RAG) to retrieve information from an information source when generating answers. In the RAG process, the contents of source documents are divided into smaller pieces, converted into embeddings, and stored in a vector database, and a retriever identifies relevant pieces of information, including documents and passages, from the knowledge source based on the user's query. The retrieved information provides relevant context for the LLM to generate an answer. Accordingly, Amber's knowledge-driven architecture, together with Quiq's RAG-based retrieval functionality, demonstrates that the Accused Product initiates a query-driven search of its knowledge repository and retrieves a first set of relevant information responsive to the user's query, consistent with the claimed element.<br><br>**2. Embrace a Knowledge-Driven Strategy**<br><br>The solution was a strategic shift to agentic AI, leading to the creation of "Amber," their new AI agent powered by Quiq. The core difference? Amber is knowledge-driven, not scripted. Instead of following a rigid path, it leverages a deep understanding of Chamberlain's vast knowledge base, along with reasoning based on cognitive architecture, to solve problems dynamically.<br><br>By ingesting everything from PDF manuals and training decks to video transcripts, Chamberlain created a single source of truth. This allows Amber to reason through issues and mimic the problem-solving process of a top-tier support agent. The AI can ask clarifying questions, adapt to the user's responses, and provide precise solutions without being confined to a predetermined script. Adaptability like this is the hallmark of true agentic AI.<br><br>Source: https://quiq.com/blog/chamberlain-success-story/ |

| Claim 1 | Chamberlain Amber - AI assistant |
|---|---|
| | **How Does Quiq Optimize Model Behavior?**<br><br>There are a few basic ways to influence a model's output. The two used by Quiq are prompt engineering and retrieval augmented generation (RAG), **neither of which does anything whatsoever to modify a model's weights or its structure.**<br><br>Quiq uses an approach to prompt engineering called "atomic prompting," wherein the process of generating an answer to a question is broken down into multiple subtasks. This ensures you're instructing a Large Language Model in a smaller context with specific, relevant task information, which can help the model perform better.<br><br>**Retrieval Augmented Generation (RAG)**<br><br>RAG refers to giving a language model an information source – such as a database or the Internet – that it can use to improve its output. It has emerged as the most popular technique to control the information the model needs to know when generating answers.<br><br>https://quiq.com/blog/does-quiq-train-models-on-your-data-no-and-heres-why/<br><br>Initially, LLMs were used at the design phase of NLU-based chatbots to help build intents and entities. Now, they have stepped out from the shadow of NLU and are starting to take centre stage with their almost magical abilities to generate understandable text.<br><br>While NLU focuses on finding meaning from a person's message (intents), LLMs use their vast knowledge base to generate relevant and coherent responses.<br><br>Source: https://www.aryza.com/faq-page/nlu-llm-work-together-in-chatbots/ |

<table>
<tr><th>Claim 1</th><th>Chamberlain Amber - AI assistant</th></tr>
<tr><td></td><td>
About the App<br>
The app is a chatbot that can answer questions about me. It ingests data from my resume and a personal document (with my goals, hobbies, and latest work) and turns that into a vector database.<br><br>
Using an LLM and RAG architecture, it retrieves relevant information from the vector database to answer questions. If the provided data can not answer the question, the chatbot says that it cannot answer said question lessening misinformation in the long run.<br><br>
1. Creating the vector database from the PDF files.<br>
The vector DB will be where the relevant context will be retrieved. The contents of the PDFs are chunked into smaller pieces, turned into embeddings, and then inserted into the vector DB (Chroma DB).<br><br>
Source: https://medium.com/keeping-up-with-ai/how-i-built-a-rag-based-ai-chatbot-from-my-personal-data-88eec0d3483c<br><br>
Why Pair Retrieval with Generation?<br>
• Retriever — finds relevant pieces of information (documents, passages, etc.) from a knowledge source, based on your query.<br><br>
Source: https://itsayush.medium.com/under-the-hood-of-rag-how-retrieval-generation-actually-work-9d4083fe460b
</td></tr>
</table>

| Claim 1 | Chamberlain Amber - AI assistant |
|---|---|
| c. searching said first data set for answer phrases present in syntactically similar form to said search question or query and containing answer data which may replace said variable expression to provide an answer to said search question or query, and retrieving answer phrases resulting from such search; and | Defendant's Accused Product, Chamberlain Amber – AI assistant, includes and utilizes functionality for searching a retrieved data set for answer phrases corresponding to a user's search query and retrieving answer phrases to provide an answer to the search query.<br><br>For example, Chamberlain Amber, powered by Quiq, utilizes a Retrieval-Augmented Generation (RAG) architecture in which a retriever identifies relevant pieces of information, including documents and passages, from a knowledge source based on the user's query. The retrieved text is provided to the Large Language Model (LLM) together with the user's original question, enabling the LLM to use the retrieved context and facts to formulate an answer in natural language. In retrieval-based question answering, the retrieved passages most likely to include the answer are further analyzed by a machine-learned model to extract answer spans most likely to result in the correct response. Further, LLMs primarily operate at the syntactic level by learning statistical patterns of signs, allowing the retrieved information to be processed in relation to the form and structure of the user's query. Accordingly, Amber's RAG-based retrieval and LLM processing identify answer content from the retrieved information corresponding to the user's query and use that content to formulate the requested answer, consistent with the claimed element.<br><br>**How Does Quiq Optimize Model Behavior?**<br><br>Quiq uses an approach to prompt engineering called "atomic prompting," wherein the process of generating an answer to a question is broken down into multiple subtasks. This ensures you're instructing a Large Language Model in a smaller context with specific, relevant task information, which can help the model perform better.<br><br>https://quiq.com/blog/does-quiq-train-models-on-your-data-no-and-heres-why/<br><br>**Why Pair Retrieval with Generation?**<br>• **Retriever** — finds relevant pieces of information (documents, passages, etc.) from a knowledge source, based on your query. |

<table>
<tr><th>Claim 1</th><th>Chamberlain Amber - AI assistant</th></tr>
<tr><td></td><td>
2. Retriever in Action: The system takes your query and searches a document index for relevant information. It might look through a database of articles, PDFs, or webpages to find passages about green tea's health benefits. (How does it search? We'll cover that next — there are a few clever methods like BM25 and embeddings.) The retriever returns a handful of text chunks that look promising.<br><br>
3. Generator (LLM) Response: The retrieved text chunks are then given to the LLM alongside your original question. Armed with this context (like having highlighted pages in an open book), the LLM formulates an answer in natural language. It uses the facts from the retrieved text to ensure accuracy, while phrasing the answer smoothly.<br><br>
4. Final Answer: The LLM outputs a response to you, for instance: "Green tea is rich in antioxidants like EGCG, which studies suggest can improve brain function, aid fat loss, and lower the risk of certain diseases." This answer was generated by the LLM but grounded in the relevant info the retriever found.<br><br>
Source: https://itsayush.medium.com/under-the-hood-of-rag-how-retrieval-generation-actually-work-9d4083fe460b<br><br>
Introduction<br><br>
Large Language Models (LLMs) impress with their ability to generate coherent text, answer complex questions, and simulate sophisticated reasoning. Yet a fundamental question remains: do these systems achieve true abstraction, or do they merely recognize statistical patterns in data?
</td></tr>
</table>

<table>
<tr><th>Claim 1</th><th>Chamberlain Amber - AI assistant</th></tr>
<tr><td></td><td>
1.3 Pattern matching ≠ abstraction<br><br>
Pattern matching is syntactic: it focuses on form, sequence, and token repetition.<br><br>
Abstraction is semantic: it focuses on meaning, essence, and conceptual generalization.<br><br>
LLMs primarily operate at the syntactic level. They learn statistical patterns of signs without manipulating symbols in the sense of classical artificial intelligence reasoning (formal logic, rule-based systems).<br><br>
Source: https://itsayush.medium.com/under-the-hood-of-rag-how-retrieval-generation-actually-work-9d4083fe460b<br><br>
A retrieval-based question answering system typically stores its “knowledge” in an information retrieval system. This can be sentences, paragraphs, or entire documents. Here we’ll use the Wikipedia dataset where each page is split into passages of 100 words each. The dataset contains 21 million such passages. When answering a question, we first retrieve the passages that most likely include the answer. They are then analyzed with a machine-learned model to extract the spans that most likely results in the correct response. These stages are called the “retriever” and “reader”, respectively.<br><br>
Source: https://blog.vespa.ai/efficient-open-domain-question-answering-on-vespa/
</td></tr>
</table>

| Claim 1 | Chamberlain Amber - AI assistant |
|---|---|
| d. modifying said answer phrases and providing output derived from said answer phrases in the form of one or more direct answers to said search question or query. | Defendant's Accused Product, Chamberlain Amber – AI assistant, includes and utilizes functionality for modifying retrieved answer phrases and providing output derived from such answer phrases in the form of one or more direct answers to a user's search question or query.<br><br>For example, the retrieved information is provided to the LLM together with the user's original question, and the LLM uses the retrieved context and facts to formulate an answer in natural language while phrasing the answer smoothly and coherently. Amber generates relevant and coherent responses from the retrieved information and presents the resulting response to the user as a direct answer to the submitted query. For example, when a user asks, "please tell me what is video resolution of MYQ-C13AXXW1 camera?", Amber directly responds that the MYQ-C13AXXW1 camera has a 1080p HD video resolution and identifies it as a Smart Indoor Gen 2 model. Thus, Amber processes the information relevant to the user's query and provides the resulting information as a direct natural-language answer, consistent with the claimed element.<br><br>**Why Pair Retrieval with Generation?**<br>• **Retriever** — finds relevant pieces of information (documents, passages, etc.) from a knowledge source, based on your query.<br><br>3. **Generator (LLM) Response:** The retrieved text chunks are then given to the LLM alongside your original question. Armed with this context (like having highlighted pages in an open book), the LLM formulates an answer in natural language. It uses the facts from the retrieved text to ensure accuracy, while phrasing the answer smoothly.<br>4. **Final Answer:** The LLM outputs a response to you, for instance: *"Green tea is rich in antioxidants like EGCG, which studies suggest can improve brain function, aid fat loss, and lower the risk of certain diseases."* This answer was **generated** by the LLM but **grounded** in the relevant info the retriever found. |

| Claim 1 | Chamberlain Amber - AI assistant |
|---|---|
| | Source: https://itsayush.medium.com/under-the-hood-of-rag-how-retrieval-generation-actually-work-9d4083fe460b<br><br>• **Knowledge-Driven AI is the Future:** Chamberlain's AI agent, Amber, leverages a comprehensive knowledge base and cognitive reasoning to deliver dynamic, unscripted support. This adaptability sets agentic AI apart from traditional bots.<br><br>Source: https://quiq.com/blog/chamberlain-success-story/<br><br> |

| Claim 1 | Chamberlain Amber - AI assistant |
| --- | --- |
| | Source: Screenshot taken from - > https://support.chamberlaingroup.com/s/contact-us/other-issues/something-else |