# EXHIBIT C

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| 1. A method of classifying Internet Protocol (IP) data to be sent from a source apparatus to a destination apparatus in a packet switched network, said method comprising: | Defendant Chamberlain Group LLC ("Chamberlain" or "Defendant") manufactures, uses, sells, and/or offers for sale, and instructs end users to use the Smart Garage Control including the Smart Garage Control Hub, the myQ mobile application, compatible Door Sensors, and compatible myQ-enabled garage door openers (collectively, the "Accused Products"), which enable users to remotely monitor, control, and exchange Internet Protocol (IP) data between connected garage devices and the myQ cloud over Wi-Fi and Internet-based packet-switched networks.<br><br>The Smart Garage Control Hub communicates with compatible myQ-enabled garage door openers and Door sensors, the myQ mobile application, and the myQ server to exchange IP data. The Hub communicates with the garage door opener and receives door status information from the door sensor, and the Hub subsequently transmits the received information to the myQ server. The stored information on the server is accessed remotely using the myQ mobile application. Accordingly, the Accused Products exchange Internet Protocol (IP) data between source apparatuses (e.g., the door sensor) and destination apparatuses (e.g., the myQ server) via the Smart Garage Control Hub, thereby corresponding to the claimed method of classifying IP data to be sent from a source apparatus to a destination apparatus in a packet-switched network.<br><br>CHAMBERLAIN<br>Smart Garage® Control<br>MYQ-G0401-ES |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | <br><br>**Specifications**<br>**IP Rating** IPv4 and IPv6 compatible<br>**Connectivity** Wi-Fi & Bluetooth<br>**Dimensions** 2.6 x 2.6 x 0.8 inches<br>**Operating Temperature** -4° to 149° F (-20° to 65° C)<br><br>Upgrade your garage with the myQ Smart Garage Door Opener - the easy, budget-friendly solution for smarter access. This compact device works with your existing opener and connects to Wi-Fi, letting you open, close & check your garage anytime, anywhere through the free myQ app. |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | Source: https://www.myq.com/smart-garage-control/p/MYQ-G0401-ESMC?srsltid=AfmBOoq8co-zfRrtPRvkqlGjGi7wCj7itowJ45Y8JdyFQBj1skIybWWn<br><br>**Connect Your Smart Garage Control**<br><br>**1. Download the myQ app.**<br>If you have already installed the app, make sure you have the latest version to optimize your myQ experience.<br><br>**2. Set up your account and log in.**<br><br>**3. Tap (+) to add your Smart Garage Control.**<br>The app will guide you through installing and connecting your Smart Garage Control and show you how to:<br>Connect the hub to your home Wi-Fi network.<br>a. Connect the hub to your home Wi-Fi network.<br>b. *Pair the Door Sensor to the Hub.*<br>c. *Mount the door sensor.*<br>d. Pair the hub to your garage door opener.<br>e. *Mount the Hub.*<br><br>*Congratulations! Installation of your Smart Garage Control is now complete.*<br><br>Source: https://images.thdstatic.com/catalog/pdfImages/b7/b71059fd-49c5-44b1-9b4e-e7285e8c8686.pdf<br><br>**myQ Device Continuously Beeps**<br><br>When the myQ Garage, myQ Smart Garage Hub, or Smart Garage Control is used to close the garage door with the myQ app, the device makes a beeping sound and flashes a light as a safety warning. This is normal. However, if the beeping continues, it could mean there's an issue that needs troubleshooting. |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
| --- | --- |
| | **How It Works**<br>The below explains what happens when you use the myQ app to control the garage door opener using a myQ Garage, myQ Smart Garage Hub, or Smart Garage Control with door sensor.<br>1. The myQ app sends a signal through the internet to open or close the door to your Wi-Fi router.<br>2. Your Wi-Fi router sends information to the myQ Wi-Fi Hub.<br>3. The myQ Wi-Fi Hub sends a signal to the garage door opener to open or close, the door the garage door opener will beep to let you know it's working.<br>4. A sensor on the garage door sends a signal back to the myQ Wi-Fi Hub when the door is fully open or closed.<br>• The myQ Wi-Fi Hub sends this information back to the server and update the myQ app to show the door's position.<br><br>Source: https://support.chamberlaingroup.com/s/article/Why-is-the-MyQ-Garage-Wi-Fi-Hub-continually-beeping-1484145690676<br><br>All-in-one access + monitoring.<br>From anywhere.<br>Open, close, monitor and control — all in one app. |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | <br>**Complete control**<br>The myQ app allows you to check the status of your garage and entry doors to open and close or lock and unlock from anywhere.<br>**Real-time Notifications**<br>Get alerted any time your garage opens, closes or is left open. Real-time notifications with a unique sound let you know when your garage door opens or closes without even taking out your phone.<br><br>Source: https://www.myq.com/app?srsltid=AfmBOopp_k2jV3Mff-x6C1ebB2CmktR0nu_u56bwa3VZEoVXgTIH4pvD |
| receiving said data at a first node, the data comprising a header comprising a list of at least one intermediate node to be visited on a way to the | Defendants, using the Accused Products, perform the step of receiving said data at a first node, the data comprising a header comprising a list of at least one intermediate node to be visited on a way to the destination apparatus.<br><br>For example, the Smart Garage Control Hub, which is IPv6-compatible and functions as the claimed first node for receiving IP packets or data from the door sensors (source apparatus). An IPv6 packet may include one or more extension headers, including a Routing Header, in addition to the base IPv6 header. Segment Routing for IPv6 is |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
| --- | --- |
| destination apparatus; and | implemented through a Segment Routing Header (SRH), which encodes an ordered list of IPv6 addresses representing the segments (i.e., intermediate nodes) that the packet is to traverse before reaching its final destination. The SRH format further shows that the Segment List field contains one or more IPv6 addresses corresponding to the intermediate nodes along the routing path. Accordingly, when the Smart Garage Control Hub, functioning as the claimed first node, receives an IPv6 packet containing a Segment Routing Header (SRH) from the source apparatus (e.g., the Door Sensor), it receives data comprising a header that includes a list of at least one intermediate node to be visited on the route to the destination apparatus (e.g., the server), thereby corresponding to this claim limitation.<br><br>**myQ Device Continuously Beeps**<br><br>**How It Works**<br>The below explains what happens when you use the myQ app to control the garage door opener using a myQ Garage, myQ Smart Garage Hub, or Smart Garage Control with door sensor.<br>1. The myQ app sends a signal through the internet to open or close the door to your Wi-Fi router.<br>2. Your Wi-Fi router sends information to the myQ Wi-Fi Hub.<br>3. The myQ Wi-Fi Hub sends a signal to the garage door opener to open or close, the door the garage door opener will beep to let you know it's working.<br>4. A sensor on the garage door sends a signal back to the myQ Wi-Fi Hub when the door is fully open or closed.<br>• The myQ Wi-Fi Hub sends this information back to the server and update the myQ app to show the door's position.<br><br>Source: https://support.chamberlaingroup.com/s/article/Why-is-the-MyQ-Garage-Wi-Fi-Hub-continually-beeping-1484145690676<br><br>**Smart Garage® Control**<br>MYQ-G0401-ES |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| |  <br>**Specifications**<br>**IP Rating** — IPv4 and IPv6 compatible<br>**Connectivity** — Wi-Fi & Bluetooth<br>**Dimensions** — 2.6 x 2.6 x 0.8 inches<br>**Operating Temperature** — -4° to 149° F (-20° to 65° C)<br><br>Source: https://www.myq.com/smart-garage-control/p/MYQ-G0401-ESMC?srsltid=AfmBOoq8co-zfRrtPRvkqlGjGi7wCj7itowJ45Y8JdyFQBj1skIybWWn |

<table>
<tr><th>Claim 1</th><th>Chamberlain MyQ Smart Garage Control</th></tr>
<tr><td></td><td>
<pre>
As illustrated in these examples, an IPv6 packet may carry zero, one,
or more extension headers, each identified by the Next Header field
of the preceding header:

+---------------+------------------------
|  IPv6 header  | TCP header + data
|               |
| Next Header = |
|      TCP      |
+---------------+------------------------

+---------------+----------------+------------------------
|  IPv6 header  | Routing header | TCP header + data
|               |                |
| Next Header = |  Next Header = |
|    Routing    |      TCP       |
+---------------+----------------+------------------------
</pre>
[RFC 8200, P. 8]
<pre>
SR can be applied to the IPv6 architecture, with a new type of
routing header.  A segment is encoded as an IPv6 address.  An ordered
list of segments is encoded as an ordered list of IPv6 addresses in
the routing header.  The active segment is indicated by the
Destination Address (DA) of the packet.  The next active segment is
indicated by a pointer in the new routing header.
</pre>
[RFC 8402, P. 1]
2. Segment Routing Header
Routing headers are defined in [RFC8200]. The Segment Routing Header (SRH) has a new Routing Type (4).
The SRH is defined as follows:
</td></tr>
</table>

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Next Header   |  Hdr Ext Len  | Routing Type  | Segments Left |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Last Entry   |     Flags     |              Tag              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|            Segment List[0] (128-bit IPv6 address)             |
|                                                               |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|                                                               |
                              ...
|                                                               |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|            Segment List[n] (128-bit IPv6 address)             |
|                                                               |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
//                                                             //
//         Optional Type Length Value objects (variable)       //
//                                                             //
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

where:

Segment List[0..n]: 128-bit IPv6 addresses representing the nth segment in the Segment List. The Segment List is encoded starting from the last segment of the SR Policy. That is, the first element of the Segment List (Segment List[0]) contains the last segment of the SR Policy, the second element contains the penultimate segment of the SR Policy, and so on.

[RFC 8754, P. 4-6]

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| classifying said data at said first node based on an entry in said header. | Defendants, using the Accused Products, perform the step of classifying said data at said first node based on an entry in said header.<br><br>The accused products perform packet classification based on information contained within the IPv6 header. The IPv6 header includes a Traffic Class field, which constitutes an entry within the packet header. The Traffic Class field is used by the network for traffic management, indicating that network devices examine the value contained in this header field to determine how the received packet should be handled. Accordingly, when the Smart Garage Control Hub receives an IPv6 packet, it examines the Traffic Class field contained in the IPv6 header and classifies the received data based on the value of that header entry, corresponding to the claimed limitation of "classifying said data at said first node based on an entry in said header."<br><br>**myQ Device Continuously Beeps**<br><br>**How It Works**<br><br>The below explains what happens when you use the myQ app to control the garage door opener using a myQ Garage, myQ Smart Garage Hub, or Smart Garage Control with door sensor.<br><br>1. The myQ app sends a signal through the internet to open or close the door to your Wi-Fi router.<br>2. Your Wi-Fi router sends information to the myQ Wi-Fi Hub.<br>3. The myQ Wi-Fi Hub sends a signal to the garage door opener to open or close, the door the garage door opener will beep to let you know it's working.<br>4. A sensor on the garage door sends a signal back to the myQ Wi-Fi Hub when the door is fully open or closed.<br>• The myQ Wi-Fi Hub sends this information back to the server and update the myQ app to show the door's position.<br><br>Source: https://support.chamberlaingroup.com/s/article/Why-is-the-MyQ-Garage-Wi-Fi-Hub-continually-beeping-1484145690676 |

<table>
<tr><th>Claim 1</th><th>Chamberlain MyQ Smart Garage Control</th></tr>
<tr><td></td><td>
<pre>
3.  IPv6 Header Format

+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|Version| Traffic Class |           Flow Label                  |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|         Payload Length        |  Next Header  |   Hop Limit   |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                                                               +
|                                                               |
+                         Source Address                        +
|                                                               |
+                                                               +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                                                               +
|                                                               |
+                      Destination Address                      +
|                                                               |
+                                                               +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
</pre>
[RFC 8200, P. 6]
<pre>
7.  Traffic Classes

   The 8-bit Traffic Class field in the IPv6 header is used by the
   network for traffic management.  The value of the Traffic Class bits
   in a received packet or fragment might be different from the value
   sent by the packet's source.

   The current use of the Traffic Class field for Differentiated
   Services and Explicit Congestion Notification is specified in
   [RFC2474] and [RFC3168].
</pre>
</td></tr>
</table>

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | [RFC 8200, P. 26] |