# EXHIBIT D

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
| --- | --- |
| 1. A method for automatic registration of a new wireless device with a registration server, comprising: | Defendant Chamberlain Group LLC (“Chamberlain” or “Defendant”) manufactures, uses, sells, and/or offers for sale, and instructs end users to use the myQ Smart Garage Control, including the Smart Garage Control Hub, myQ mobile application, compatible door sensors, and compatible myQ-enabled garage door openers (collectively, the “Accused Products”), which enable users to connect, monitor, and control garage door openers and associated door sensors within a connected home environment.<br><br>Within the myQ Smart Garage Control system, the Smart Garage Control Hub connects to the user’s Wi-Fi network and the myQ App, while compatible garage door openers and door sensors (“new wireless device”) are paired with the Smart Garage Control Hub through the myQ App. Once paired (“automatic registration”), the garage door opener and door sensor communicate with the Smart Garage Control Hub. The Smart Garage Control Hub communicates over the Internet with the myQ server (“registration server”), enabling information from the connected devices to be transmitted to the server and the garage door to be monitored and controlled through the myQ App from anywhere. Accordingly, when a new garage door opener or door sensor is paired with the Smart Garage Control Hub, the device becomes part of the connected myQ system, with device information communicated through the Smart Garage Control Hub to the myQ server, consistent with automatic registration of the new wireless device with the registration server.<br><br>myQ®<br><br>myQ Garage & Access Control<br><br>The Chamberlain Group LLC<br><br>The myQ smart access app allows you to seamlessly open, close and monitor your garage door, commercial door, or gate from ANYWHERE. The app supports myQ-enabled products from leading garage door manufacturers including Chamberlain and LiftMaster. myQ helps you keep your home or business safe and secure. |

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| | Source: https://play.google.com/store/apps/details?id=com.chamberlain.android.liftmaster.myq&hl=en_US<br>**Smart Garage® Control**<br>MYQ-G0401-ES<br><br>Upgrade your garage with the myQ Smart Garage Door Opener - the easy, budget-friendly solution for smarter access. This compact device works with your existing opener and connects to Wi-Fi, letting you open, close & check your garage anytime, anywhere through the free myQ app.<br>**Control from anywhere**<br>Enable myQ smartphone control for your existing garage door opener. Check to see if your opener is compatible here. |

Ex. D - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| | Source: https://www.myq.com/smart-garage-control/p/MYQ-G0401-ESMC?srsltid=AfmBOoq8co-zfRrtPRvkqlGjGi7wCj7itowJ45Y8JdyFQBj1skIybWWn<br>**Smart Garage Hub \| How to Set Up in the myQ App & Pair to Opener**<br>Control and monitor your garage door from anywhere by connecting a **myQ Garage, Smart Garage Hub** or **Smart Garage Control** to the myQ app. This guide walks through confirming your device, connecting it to Wi-Fi, pairing the door sensor, and linking the hub to your garage door opener.<br>**Smart Garage Hub** Black hub, includes an Ethernet port Models: MYQ-G0301, 821LMB<br>**myQ Garage** Black hub Models: MYQ-G0201, 821LM<br>**Smart Garage Control** White hub, no Ethernet port<br>  <br>Source: https://support.chamberlaingroup.com/s/article/How-to-Connect-the-Smart-Garage-Hub-to-a-Network |

Ex. D - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|

# Smart Garage Hub | Add a Second Door Sensor

You can control a second garage door with your myQ app by adding another door sensor to your Smart Garage Hub or Smart Garage Control. Follow the steps below to pair and install the second sensor.

## Step 1: Add the Door Sensor

1. Open the myQ app.
2. Tap the **Gear Icon** in the top right to access settings.
3. Tap **Devices.**
4. Tap **Add a new device**.
5. Tap **Smart Garage Hub.**
6. Tap **Door Sensor.**




6. Choose the **Smart Garage Hub** you are pairing the second sensor to (door sensor must be online).

## Step 2: Pair the Door Sensor

1. Follow the steps in the app to pair the door sensor to your hub, then tap **Next**.
2. Press and release the button on the door sensor.
    - The Smart Garage Hub or Smart Garage Control will beep and flash.
    - If it doesn't, troubleshoot the door sensor. See: How to Test the Door Sensor.
3. Tap **Next** on the door sensor is paired screen.

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| | **Step 3: Install the Door Sensor**<br>1. Follow the in-app steps or watch the video to install the door sensor.<br><br>Step 4: Pair to the Garage Door Opener<br><br>1. Tap **Next** on the Pair to the Motor screen.<br>2. Read the warning and tap **Next**.<br>3. Use a ladder to reach your garage door motor and tap **Next**.<br>4. Select the brand of your garage door opener.<br>5. Locate your **learn/program** button and tap **Found It**.<br>• If prompted, select the color of your learn/program button.<br>6. Press and quickly release the **learn/program** button on your garage door opener motor head and tap **Next**.<br>• This will cause your garage door opener to move.<br>7. When the opener is paired, tap **Next**.<br><br>Source: https://support.chamberlaingroup.com/s/article/How-to-Add-a-Second-Door-Sensor-to-a-Smart-Garage-Hub-and-Smart-Garage-Control<br><br>**How It Works**<br>The below explains what happens when you use the myQ app to control the garage door opener using a myQ Garage, myQ Smart Garage Hub, or Smart Garage Control with door sensor.<br><br>1. The myQ app sends a signal through the internet to open or close the door to your Wi-Fi router.<br>2. Your Wi-Fi router sends information to the myQ Wi-Fi Hub.<br>3. The myQ Wi-Fi Hub sends a signal to the garage door opener to open or close, the door the garage door opener will beep to let you know it's working.<br>4. A sensor on the garage door sends a signal back to the myQ Wi-Fi Hub when the door is fully open or closed.<br>• The myQ Wi-Fi Hub sends this information back to the server and update the myQ app to show the door's position.<br><br>Source: https://support.chamberlaingroup.com/s/article/Why-is-the-MyQ-Garage-Wi-Fi-Hub-continually-beeping-1484145690676 |

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| | MyQ is a leading technology in the smart home industry, offering products that allow homeowners to monitor and control their garage doors, gates, and other access points remotely. The MyQ system leverages cloud technology to provide real-time updates and remote access, making it easier for homeowners to manage their security systems from anywhere in the world. By connecting to the cloud, MyQ devices can send alerts, receive commands, and integrate seamlessly with other smart home systems.<br><br>https://r3accessinc.com/smart-access/cloud-based-access/cloud-based-myq-solutions-for-smart-home-security-and-data-security-concerns/<br><br>Additionally, Chamberlain offers a range of Wi-Fi and myQ-enabled garage door openers, including the Secure View™ Camera Ultra-Quiet LED Wi-Fi Battery Backup Garage Door Opener, Ultra-Quiet Wi-Fi® Battery Backup Garage Door Opener, Wall Mount Ultra-Quiet Wi-Fi® Garage Door Opener with Battery Backup, Chain Drive Wi-Fi Garage Door Opener, Corner to Corner Lighting™ LED Wi-Fi Ultra-Quiet Battery Backup Garage Door Opener, and 1-1/4 HP Belt Drive Opener with Battery Backup, Built-In Camera, and myQ Connectivity. Through its LiftMaster brand, Chamberlain also offers models including 87802, 87504-267, 85870, 84602, 84505R, 84504R, 6690L, 4690L, 2220L, 2420L, 83650-267, 6580L, and B4613T door openers. Accordingly, these additional Accused Products operate within the same hub-managed, cloud-connected ecosystem and are integrated using the same device onboarding and cloud-enabled management framework described above.<br><br>Smart Garage Door Openers<br><br>Smart garage door openers from Chamberlain feaure built-in Wi-Fi for full compatibility with myQ. Use the myQ App with these smart garage door openers to receive alerts, open and close your garage door and sync with other popular smart devices. The smart garage door openers with myQ enable secure in-garage delivery for Amazon Prime packages to help keep your packages safe and secure. |

Ex. D - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| |   |

Ex. D - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
| --- | --- |
| |  |

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| | <br>Source: https://www.chamberlain.com/garage-door-openers/c/smart-garage-door-openers<br>**All Garage Door Openers**<br>From ultra-quiet to super strong, it's easy to find a LiftMaster garage door opener that not only fits the needs of your garage, but also elevates your everyday life. |

Ex. D - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| |  |

Ex. D - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
| --- | --- |
| | <br>Source: https://www.liftmaster.com/garage-door-openers/c/all-garage-door-openers |

<table>
<tr><th>Claim 1</th><th>Chamberlain - myQ Smart Garage Control System</th></tr>
<tr><td></td><td>

Source: https://www.liftmaster.com/locate-a-dealer</td></tr>
<tr><td>establishing a home relationship between the new wireless device and a network server, such that no additional</td><td>Defendant's Accused Products include and/or utilize functionality for establishing a home relationship between the new wireless device and a network server, such that no additional configuration is required by a user of the new device to communicate over a network once the relationship is established, wherein establishing a home relationship includes determining, at the network server, that the wireless device is an owned device, wherein the owned device is previously known to the network server.</td></tr>
</table>

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| configuration is required by a user of the new device to communicate over a network once the relationship is established, wherein establishing a home relationship includes, determining at the network server, that the wireless device is an owned device, wherein the owned device is previously known to the network server; | For example, within the myQ smart garage system, a compatible garage door opener or door sensor ("new device") are paired with the Smart Garage Control Hub ("network server") through the myQ App using a device discovery and pairing process. During the onboarding process, the Smart Garage Control Hub identifies the connected device based on its supported device type and compatibility ("the owned device is previously known to the network server") with the Hub and establishes the device as part of the myQ system. Upon successful pairing, the garage door opener and door sensor communicate with the Smart Garage Control Hub over the network and can be monitored and controlled through the myQ App without requiring further configuration. Accordingly, the Accused Products establish a home relationship between the wireless device and the Smart Garage Control Hub, wherein the device is identified as a supported device type and recognized within the myQ system, consistent with determining that the wireless device is an owned device previously known to the network server and enabling communication over the network without additional configuration once the relationship is established.<br><br>**Smart Garage Hub \| Add a Second Door Sensor**<br><br>You can control a second garage door with your myQ app by adding another door sensor to your Smart Garage Hub or Smart Garage Control. Follow the steps below to pair and install the second sensor.<br><br>Source: https://support.chamberlaingroup.com/s/article/How-to-Add-a-Second-Door-Sensor-to-a-Smart-Garage-Hub-and-Smart-Garage-Control |

Ex. D - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
| --- | --- |
| | **Smart Garage Hub \| How to Set Up in the myQ App & Pair to Opener**<br><br>Control and monitor your garage door from anywhere by connecting a **myQ Garage, Smart Garage Hub** or **Smart Garage Control** to the myQ app. This guide walks through confirming your device, connecting it to Wi-Fi, pairing the door sensor, and linking the hub to your garage door opener.<br><br>**Smart Garage Hub**<br>Black hub, includes an Ethernet port<br>Models: MYQ-G0301, 821LMB<br><br>**myQ Garage**<br>Black hub<br>Models: MYQ-G0201, 821LM<br><br>**Smart Garage Control**<br>White hub, no Ethernet port<br><br><br><br>Source: https://support.chamberlaingroup.com/s/article/How-to-Connect-the-Smart-Garage-Hub-to-a-Network<br><br>**Easily Connect Your MyQ Compatible Garage Door Opener** |

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
| --- | --- |
| |  |

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=5xEBIsO4t98&t=16s , Time: 0:59 min, 1:21 min, 1:47 min, 1:54 and 2:07 min of 11:02 min |
| automatically obtaining registration information for the new device; | Defendant's Accused Products include and/or utilize functionality for automatically obtaining registration information for the new device.<br><br>For example, within the myQ smart garage system, the myQ App initiates a device discovery and pairing process for a compatible garage door opener and door sensor through the Smart Garage Control Hub. During the onboarding |

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| | process, the system identifies the available device and obtains device-specific information associated with the garage door opener and door sensor, including the identifying information (openers name or model) used to establish the connection with the Smart Garage Control Hub. The identified information is then used during the pairing and onboarding process to add the garage door opener and door sensor to the myQ system. Accordingly, the automatic discovery and identification of the garage door opener and door sensor during the onboarding process evidences automatically obtaining registration information for the new device.<br><br>**Smart Garage Hub \| How to Set Up in the myQ App & Pair to Opener**<br><br>Control and monitor your garage door from anywhere by connecting a **myQ Garage, Smart Garage Hub** or **Smart Garage Control** to the myQ app. This guide walks through confirming your device, connecting it to Wi-Fi, pairing the door sensor, and linking the hub to your garage door opener.<br><br>Source: https://support.chamberlaingroup.com/s/article/How-to-Connect-the-Smart-Garage-Hub-to-a-Network<br><br>**Easily Connect Your MyQ Compatible Garage Door Opener** |

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
| --- | --- |
| |   |

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=5xEBIsO4t98&t=16s , Time: 0:59 min, 1:21 min, and 1:47 min of 11:02 min |
| establishing a connection between a registration server | Defendant's Accused Products include and/or utilize functionality for establishing a connection between a registration server and the network server and for sending registration information from the network server to the registration server. |

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| and the network server; and<br><br>sending the registration information from the network server to the registration server. | For example, the myQ Smart Garage Control Hub establishes a connection with the myQ Server over the user's network connection, as indicated by the solid green light showing that the Chamberlain Hub is connected successfully to the myQ Server. Once the connection is established, the Smart Garage Control Hub communicates information associated with the connected garage door opener and door sensor to the myQ Server. In particular, information received by the Hub from the connected door sensor is transmitted to the server, enabling the myQ system to update the device status through the myQ App. Additionally, all the information related to the user's account including the added door openers details are also stored on the cloud. Accordingly, the Smart Garage Control Hub establishes a connection with the myQ Server and communicates information associated with the connected wireless devices to the server, consistent with establishing the claimed connection between the network server and registration server and sending device-associated registration information from the network server to the registration server.<br><br><br><br>Chamberlain Myq Smart Garage Control Hub Indicator Light Status And Its Meaning \| Devicessetup |

<table>
<tr><th>Claim 1</th><th>Chamberlain - myQ Smart Garage Control System</th></tr>
<tr><td></td><td>
https://www.youtube.com/watch?v=mD2Bk6zymo4 , Time 1:11 min of 1:48 min<br><br>
What is the myQ App and How Does it Work?<br>
The myQ app is a smart home technology platform developed by Chamberlain Group (LiftMaster's parent company) that allows you to connect with, monitor, and control your garage door opener—and other myQ-compatible devices—directly from your smartphone or tablet. Essentially, it bridges the gap between your garage door and your digital life.<br><br>
Here's a simplified breakdown of how the myQ garage door app works:<br><br>
1. Connectivity: Your garage door opener either has myQ technology built-in (Wi-Fi enabled) or can be retrofitted with a myQ Smart Garage Control hub. This connection allows your opener to communicate with your home's Wi-Fi network.<br>
2. Cloud Communication: The myQ device connects to the myQ cloud servers via your home's internet.<br><br>
https://unwindoor.com/myq-app-control-your-garage-door-from-anywhere-anytime/<br><br>
How It Works<br>
The below explains what happens when you use the myQ app to control the garage door opener using a myQ Garage, myQ Smart Garage Hub, or Smart Garage Control with door sensor.<br><br>
1. The myQ app sends a signal through the internet to open or close the door to your Wi-Fi router.<br>
2. Your Wi-Fi router sends information to the myQ Wi-Fi Hub.<br>
3. The myQ Wi-Fi Hub sends a signal to the garage door opener to open or close, the door the garage door opener will beep to let you know it's working.<br>
4. A sensor on the garage door sends a signal back to the myQ Wi-Fi Hub when the door is fully open or closed.<br>
• The myQ Wi-Fi Hub sends this information back to the server and update the myQ app to show the door's position.<br><br>
Source: https://support.chamberlaingroup.com/s/article/Why-is-the-MyQ-Garage-Wi-Fi-Hub-continually-beeping-1484145690676
</td></tr>
</table>

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
|---|---|
| | **Easily Connect Your MyQ Compatible Garage Door Opener**    <br>Source: https://www.youtube.com/watch?v=5xEBIsO4t98&t=16s , Time: 1:21 min and 5:52 min of 11:02 min |

| Claim 1 | Chamberlain - myQ Smart Garage Control System |
| --- | --- |
| | Information Automatically Collected<br><br>As with many other websites and "Apps," as you navigate through and interact with our Services, we may use automatic data collection technologies to collect certain information about your equipment, browsing actions, patterns, and connected device, including:<br><br>Details of your visits to our Services, including resources that you access and use on our Services, the areas or pages of the Site or App that you visit, the amount of time you spend viewing the Site or App, traffic data, location data, logs, language, date and time of access, frequency of your return to the Site or App, other click-stream or Site/App-usage data, emails that you open, forward or click-through to our Site or App, and other communication data;<br>Information about your computer, mobile devices, and internet connection, including your IP address, geolocation, operating system, software version, phone model, phone operating system, domain name from which you accessed the Services, and browser type;<br>Device information, including the model, serial number, and technical information about the device you have installed and other information you choose to share about the product while using our Services, including but not limited to the device status for entryway products and logging information regarding device usage;<br><br>With our third-party hosting services (e.g., cloud providers), which store personal data on our behalf. For example, your personal data, including video and audio data, will be shared with our third-party cloud hosting providers and stored on such providers' platforms, and such cloud providers may have access to your personal data stored on their platforms.<br><br>Source: https://www.myq.com/privacy-notice |