# EXHIBIT E

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| 1. A method for automatically providing remote services for a mobile device having an established relationship with a server of a home network, comprising: | Defendant Chamberlain Group LLC ("Chamberlain" or "Defendant") manufactures, uses, sells, and/or offers for sale, and instructs end users to use the myQ Garage Control and myQ mobile application (collectively, the "Accused Products"), which enable a user's mobile device running the myQ application to establish and maintain a relationship with the myQ server/cloud and exchange data with the server over an Internet connection through a local network. The myQ application and associated garage-control devices support remote garage monitoring and control services, including the automatic exchange of garage-device status and control information between the mobile device and the myQ server when the user is connected to the Internet.<br><br>Within myQ system, a user downloads the myQ mobile application, creates a myQ account, and login via application to access the system. The user then sets up the Smart Garage Hub or Smart Garage Control device, connecting it to the home Wi-Fi network and pairing it to the garage door opener through the app's device-setup process. Through the account login and configuration of the hub, the myQ mobile application communicates with the CG-operated MyQ System, thereby establishing an ongoing relationship between the mobile device and the home-network-connected server. The myQ app allows users to view the status of their garage door and keeps users informed of activity at their home, including sending real-time notifications when the garage door opens or closes and alerting users when activity or motion is detected by the built-in camera. Accordingly, the myQ mobile application constitutes the claimed mobile device, the Smart Garage Hub connected to the home Wi-Fi network constitutes the server of a home network, and the door-status notifications and activity/motion alerts constitute the claimed remote services.<br><br>CHAMBERLAIN<br>myQ<br>myQ Garage & Access Control<br>The Chamberlain Group LLC |

<table>
<tr><th>Claim 1</th><th>Chamberlain MyQ Smart Garage Control</th></tr>
<tr><td></td><td>
The myQ smart access app allows you to seamlessly open, close and monitor your garage door, commercial door, or gate from ANYWHERE. The app supports myQ-enabled products from leading garage door manufacturers including Chamberlain and LiftMaster. myQ helps you keep your home or business safe and secure.<br><br>
With the myQ Smart Garage Camera, you can keep an eye on your home's busiest access point. myQ lets you know who's coming and going, alerting you when someone is detected. With a video storage plan, myQ captures and stores the important motion events, saving the video clips so you can quickly filter, download, and share with your friends and family.<br><br>
Additional myQ Features:<br>
-Set up smart access alerts that notify you when there's activity<br>
-Set schedules to close your garage doors or gates<br>
-Share access with family, friends or service providers<br><br>
Source: https://play.google.com/store/apps/details?id=com.chamberlain.android.liftmaster.myq&hl=en_US<br><br>
How myQ Leverages Bluetooth and Wi-Fi for Smart Home Connectivity<br><br>
Wi-Fi connectivity extends your control beyond your immediate range. When you connect your devices to your home network and download the myQ app, you can control your smart home from anywhere in the world. You will receive real-time notifications when your garage door opens or closes, view live security camera footage, and grant access to visitors through our secure mobile app.<br><br>
Source: https://www.myq.com/blog/a/does-bluetooth-work-without-wifi<br><br>
Smart Garage® Control<br>
MYQ-G0401-ES
</td></tr>
</table>

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | |




**Specifications**

| | |
|---|---|
| **IP Rating** | IPv4 and IPv6 compatible |
| **Connectivity** | Wi-Fi & Bluetooth |
| **Dimensions** | 2.6 x 2.6 x 0.8 inches |
| **Operating Temperature** | -4° to 149° F (-20° to 65° C) |

Upgrade your garage with the myQ Smart Garage Door Opener - the easy, budget-friendly solution for smarter access. This compact device works with your existing opener and connects to Wi-Fi, letting you open, close & check your garage anytime, anywhere through the free myQ app.

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | Source: https://www.myq.com/smart-garage-control/p/MYQ-G0401-ESMC?srsltid=AfmBOoq8co-zfRrtPRvkqlGjGi7wCj7itowJ45Y8JdyFQBj1skIybWWn<br><br>Smart Garage Door Openers<br><br>Smart garage door openers from Chamberlain feaure built-in Wi-Fi for full compatibility with myQ. Use the myQ App with these smart garage door openers to receive alerts, open and close your garage door and sync with other popular smart devices. The smart garage door openers with myQ enable secure in-garage delivery for Amazon Prime packages to help keep your packages safe and secure.<br><br>**Secure View™ Camera Ultra-Quiet LED Wi-Fi Battery Backup Garage Door Opener**<br>B6755T<br><br> |

<table>
<tr><th>Claim 1</th><th>Chamberlain MyQ Smart Garage Control</th></tr>
<tr><td></td><td>
• Built-in camera: 130º wide angle camera lets you see and hear what's happening in your garage through the myQ® app.<br>
• Smartphone control: Control, secure and monitor the garage with the myQ app-anytime, from anywhere.<br><br>
Source: https://www.chamberlain.com/secure-view-camera-ultra-quiet-led-wi-fi-battery-backup-garage-door-opener/p/B6755TMC#6jdHhihjWo<br><br>
License and Terms of Use<br><br>
The Chamberlain Group LLC and its subsidiaries (collectively, "CG") provide Devices, Mobile App, and Software (called "MyQ") that permit you to communicate with or control services and Devices from CG and third parties, including certain garage door openers, lights and other compatible products by using an Internet-enabled smartphone, tablet or computer.<br><br>
CG collects information from you or about or related to your use of the MyQ System. A description of CG's practices related to personal information and other data we collect are included in CG's Privacy Policy . The Privacy Policy is incorporated by reference into these Terms.<br><br>
Source: https://www.myq.com/terms-of-use<br><br>
myQ Account | How to Create an Account & Sign In
</td></tr>
</table>

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | **Create a myQ Account**<br>**Step 1: Start Registration**<br>1. Download and open the myQ app<br>• myQ for Apple iOS devices<br>• myQ for Android devices<br>2. Tap **Register**.<br>**Step 2: Choose Registration Method**<br>Select one of the following:<br>◦ Email and Password<br>◦ Single Sign-On (SSO).<br>**Step 4: Verify Your Email Address**<br>1. Check your email inbox for a verification message<br>• Sent from: notification@myqsecurity.myq.com<br>2. Open the email and tap the verification link<br>3. The myQ app will open confirming email verification is complete<br>If you receive Error 201, your email is already associated with a myQ account.<br>**Step 5: Add and Verify Your Phone Number**<br>After email verification, you will be prompted to add a phone number.<br>1. Enter your phone number<br>2. Enter the 6-digit verification code sent via SMS<br>3. Tap **Verify**<br>**Step 6: Complete Security Setup (Two-Step Verification)**<br>Next, you will complete your login verification setup.<br>1. Choose how you want to receive login verification codes:<br>• Phone number (SMS)<br>• Email<br>2. Select your primary method<br>3. Confirm your selection<br><br>Source: https://support.chamberlaingroup.com/s/article/How-to-create-a-MyQ-account-1484145624543 |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | **Smart Garage Hub \| How to Set Up in the myQ App & Pair to Opener**<br><br>Control and monitor your garage door from anywhere by connecting a **myQ Garage**, **Smart Garage Hub** or **Smart Garage Control** to the myQ app. This guide walks through confirming your device, connecting it to Wi-Fi, pairing the door sensor, and linking the hub to your garage door opener.<br><br>▾ **Setup in the myQ app for Android Users** ⬇<br>**Step 1: Open the myQ App**<br>1. Open the **myQ app** and sign in or create an account.<br>**Step 2: Add Your Device**<br>1. **Navigate to Device Setup**:<br>• If your app has a **Gear Icon** in the top right corner, tap the **Gear Icon**.<br>• If your app has a **+ Pus Sign** in the lower right corner, tap the **+ Sign.**<br>2. Tap on **Devices,** then tap on **Add a new device**.<br>3. Tap **Smart Garage Hub** then select your device from the list.<br><br><br>Source: https://support.chamberlaingroup.com/s/article/How-to-Connect-the-Smart-Garage-Hub-to-a-Network<br><br>Additionally, Chamberlain offers a range of Wi-Fi and myQ-enabled garage door openers, including the Secure View™ Camera Ultra-Quiet LED Wi-Fi Battery Backup Garage Door Opener, Ultra-Quiet Wi-Fi® Battery |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | Backup Garage Door Opener, Wall Mount Ultra-Quiet Wi-Fi® Garage Door Opener with Battery Backup, Chain Drive Wi-Fi Garage Door Opener, Corner to Corner Lighting™ LED Wi-Fi Ultra-Quiet Battery Backup Garage Door Opener, and 1-1/4 HP Belt Drive Opener with Battery Backup, Built-In Camera, and myQ Connectivity. And through its LiftMaster brand, Chamberlain also offers models including 87802, 87504-267, 85870, 84602, 84505R, 84504R, 6690L, 4690L, 2220L, 2420L, 83650-267, 6580L, and B4613T. These products provide Wi-Fi/network connectivity and myQ functionality for remotely monitoring and controlling garage door operation through the myQ mobile application, including the exchange of status information, commands, and notifications between the garage door opener, the user's mobile device, and the myQ service. |



Ex. E - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| |  |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| |  |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
| --- | --- |
| | <br><br>Source: https://www.chamberlain.com/garage-door-openers/c/smart-garage-door-openers<br>**All Garage Door Openers**<br>From ultra-quiet to super strong, it's easy to find a LiftMaster garage door opener that not only fits the needs of your garage, but also elevates your everyday life. |

Ex. E - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| |   |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | <br>Source: https://www.liftmaster.com/garage-door-openers/c/all-garage-door-openers |

Ex. E - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | <br>Source: https://www.liftmaster.com/locate-a-dealer |
| receiving, by the server, information that was stored in the mobile device when the established | Defendants, using the Accused Products, perform the step of receiving said data at a first node, the data comprising a header comprising a list of at least one intermediate node to be visited on a way to the destination apparatus. |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| relationship was established when the mobile device establishes an Internet connection through a local network that is separate and remote from the home network, | For example, the myQ mobile application requires a user to create an account and verify their identity through email confirmation, phone number entry, and two-step verification, thereby establishing a relationship between the mobile device and the CG server as part of the account registration process. During this process and subsequent device pairing, the application collects and transmits account-identifying information, device/phone identity data, Wi-Fi connection information, and location data to CG's servers through garage hub, evidencing that the server receives information that was stored on the mobile device when the account relationship was established. Further, the myQ system is designed to allow users to open, close, monitor, and receive alerts "from anywhere" and "beyond your immediate range," confirming that the mobile device connects to hub over the Internet through a local network that is separate and remote from the home network where the Smart Garage Hub and garage door opener are installed. Accordingly, the myQ server receives information from the mobile device originally stored when the established relationship (account) was created over a remote internet connection distinct from the home network, as required by the claim.<br><br>**myQ Account \| How to Create an Account & Sign In**<br><br>**Create a myQ Account**<br>**Step 1: Start Registration**<br>1. Download and open the myQ app<br>• myQ for Apple iOS devices<br>• myQ for Android devices<br>2. Tap **Register**. |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | **Step 4: Verify Your Email Address**<br>1. Check your email inbox for a verification message<br>• Sent from: notification@myqsecurity.myq.com<br>2. Open the email and tap the verification link<br>3. The myQ app will open confirming email verification is complete<br>If you receive Error 201, your email is already associated with a myQ account.<br>**Step 5: Add and Verify Your Phone Number**<br>After email verification, you will be prompted to add a phone number.<br>1. Enter your phone number<br>2. Enter the 6-digit verification code sent via SMS<br>3. Tap **Verify**<br>**Step 6: Complete Security Setup (Two-Step Verification)**<br>Next, you will complete your login verification setup.<br>1. Choose how you want to receive login verification codes:<br>• Phone number (SMS)<br>• Email<br>2. Select your primary method<br>3. Confirm your selection<br><br>Source: https://support.chamberlaingroup.com/s/article/How-to-create-a-MyQ-account-1484145624543 |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
| --- | --- |
| | myQ Garage & Access Control<br>About this app<br><br>App permissions<br><br>Showing permissions for all versions of this app<br><br>This app has access to:<br><br>Identity<br>• find accounts on the device<br><br>Contacts<br>• find accounts on the device<br>• read your contacts<br><br>Location<br>• approximate location (network-based)<br>• precise location (GPS and network-based)<br><br>Camera<br>• take pictures and videos<br><br>Microphone<br>• record audio<br><br>Wi-Fi connection information<br>• view Wi-Fi connections<br><br>Device ID & call information<br>• read phone status and identity<br><br>Source: https://play.google.com/store/apps/details?id=com.chamberlain.android.liftmaster.myq&hl=en_US<br><br>License and Terms of Use |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | The Chamberlain Group LLC and its subsidiaries (collectively, "CG") provide Devices, Mobile App, and Software (called "MyQ") that permit you to communicate with or control services and Devices from CG and third parties, including certain garage door openers, lights and other compatible products by using an Internet-enabled smartphone, tablet or computer.<br><br>CG collects information from you or about or related to your use of the MyQ System. A description of CG's practices related to personal information and other data we collect are included in CG's Privacy Policy . The Privacy Policy is incorporated by reference into these Terms.<br><br>Source: https://www.myq.com/terms-of-use<br><br>**Smart Garage Hub \| How to Set Up in the myQ App & Pair to Opener**<br><br>Control and monitor your garage door from anywhere by connecting a **myQ Garage**, **Smart Garage Hub** or **Smart Garage Control** to the myQ app. This guide walks through confirming your device, connecting it to Wi-Fi, pairing the door sensor, and linking the hub to your garage door opener. |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
| --- | --- |
| | See below |

**▾ Setup in the myQ app for Android Users ⬇**

### Step 1: Open the myQ App

1. Open the **myQ app** and sign in or create an account.

### Step 2: Add Your Device

1. **Navigate to Device Setup**:
   - If your app has a **Gear Icon** in the top right corner, tap the **Gear Icon**.
   - If your app has a **+ Pus Sign** in the lower right corner, tap the **+ Sign.**
2. Tap on **Devices,** then tap on **Add a new device**.
3. Tap **Smart Garage Hub** then select your device from the list.




Source: https://support.chamberlaingroup.com/s/article/How-to-Connect-the-Smart-Garage-Hub-to-a-Network

All-in-one access + monitoring. From anywhere.

Open, close, monitor and control — all in one app.

Ex. E - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | |




### Complete control

The myQ app allows you to check the status of your garage and entry doors to open and close or lock and unlock from anywhere.

Source: https://www.myq.com/app

### How myQ Leverages Bluetooth and Wi-Fi for Smart Home Connectivity

Wi-Fi connectivity extends your control beyond your immediate range. When you connect your devices to your home network and download the myQ app, you can control your smart home from anywhere in the world. You will receive real-time notifications when your garage door opens or closes, view live security camera footage, and grant access to visitors through our secure mobile app.

Source: https://www.myq.com/blog/a/does-bluetooth-work-without-wifi

**myQ Bounce – Open & Close Notification**



| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=MusgS2W4SGA Timestamp: [0.21sec], [0.11sec], [0.09sec], [0.12sec], [0.25] / [0.26 sec] |
| wherein establishing the established relationship includes allowing the user to set preferences that identifies at least one service that is automatically performed between the mobile device and the server when a connection is made; and | Defendant's Accused Products include and/or utilize functionality wherein establishing the established relationship includes allowing the user to set preferences that identify at least one service that is automatically performed between the mobile device and the server when a connection is made.<br><br>For example, the myQ mobile application allows a user, at the time the device relationship is established (via the "Devices Management"), to access a "Notifications and Alerts" panel and define user-specific preferences such as which door-status notifications to receive (e.g., "Door Closed," "Door Open," "Opened," "Stopped," "Closed"), when those notifications should be triggered ("Immediately" or after a custom "Remind Me" delay), and how they should be delivered (via "Push Notification" or "Email"), together with separate configuration of "myQ Diagnostics Alerts." These user-defined settings identify at least one specific service, automated status notification/alerting that the system will thereafter perform without further manual input. Once configured, the myQ architecture automatically executes this selected service each time a connection is made between the mobile device and the server: the app communicates through the internet to the Wi-Fi hub, and, correspondingly, the hub reports door-sensor status back to the server, which updates the app and triggers the previously configured notification to the mobile device pursuant to the user's saved preferences. Accordingly, the myQ notification and alert settings identify |

<table>
<tr><th>Claim 1</th><th>Chamberlain MyQ Smart Garage Control</th></tr>
<tr><td></td><td>at least one service that is automatically performed between the mobile device and the server upon connection, satisfying the claimed limitation that establishing the relationship includes allowing the user to set preferences identifying such a service.<br><br>myQ Garage & Access Control<br>The Chamberlain Group LLC<br><br>The myQ smart access app allows you to seamlessly open, close and monitor your garage door, commercial door, or gate from ANYWHERE. The app supports myQ-enabled products from leading garage door manufacturers including Chamberlain and LiftMaster. myQ helps you keep your home or business safe and secure.<br><br>With the myQ Smart Garage Camera, you can keep an eye on your home's busiest access point. myQ lets you know who's coming and going, alerting you when someone is detected. With a video storage plan, myQ captures and stores the important motion events, saving the video clips so you can quickly filter, download, and share with your friends and family.<br><br>Additional myQ Features:<br>-Set up smart access alerts that notify you when there's activity<br>-Set schedules to close your garage doors or gates<br>-Share access with family, friends or service providers<br><br>Source: https://play.google.com/store/apps/details?id=com.chamberlain.android.liftmaster.myq&hl=en_US</td></tr>
</table>

| Claim 1 | Chamberlain MyQ Smart Garage Control |
| --- | --- |
| | **How It Works**<br>The below explains what happens when you use the myQ app to control the garage door opener using a myQ Garage, myQ Smart Garage Hub, or Smart Garage Control with door sensor.<br>1. The myQ app sends a signal through the internet to open or close the door to your Wi-Fi router.<br>2. Your Wi-Fi router sends information to the myQ Wi-Fi Hub.<br>3. The myQ Wi-Fi Hub sends a signal to the garage door opener to open or close, the door the garage door opener will beep to let you know it's working.<br>4. A sensor on the garage door sends a signal back to the myQ Wi-Fi Hub when the door is fully open or closed.<br>• The myQ Wi-Fi Hub sends this information back to the server and update the myQ app to show the door's position.<br><br>Source: https://support.chamberlaingroup.com/s/article/Why-is-the-MyQ-Garage-Wi-Fi-Hub-continually-beeping-1484145690676?<br><br>**How To Receive Push Notifications On Your myQ App: Stay Secure!** |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| |  |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
| --- | --- |
| |  <br>Source: https://www.youtube.com/watch?v=KRaZVazEDRg, timestamp : [0:31], [0:36], [0:39], [ 0:45], [0:52] / [1 :24 mins]<br>License and Terms of Use |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | 4.**Use of MyQ System; Disclaimers.** The MyQ System is designed to allow users to remotely activate garage doors or other barrier operators, lights and/or household appliances that are connected to the MyQ System and to obtain information on the status and usage of and remotely monitor such items (e.g., garage door currently closed; garage door open for 1 hour). More information about supported functionality and capabilities of the MyQ System is available at MyQ Disclaimer .<br>Source: https://www.myq.com/terms-of-use?srsltid=AfmBOopjdU8vyTbYa3PXlpnNXsclGS2zQ3W2k5-awQI_ATQm2vknUi-o |
| if the mobile device is recognized through the received information, automatically activating at least one function within the server to initiate a transfer of data between the mobile device and the server through the local network. | Defendant's Accused Products include and/or utilize functionality wherein establishing the established relationship includes allowing the user to set preferences that identify at least one service that is automatically performed between the mobile device and the server when a connection is made, and wherein the mobile device is recognized through the received information.<br><br>The myQ system, for example, enables a user to create a myQ account by entering registration details and then verifying the user's identity through email confirmation and phone-number/SMS verification, followed by completion of two-step login verification. Through this process, the mobile device is recognized by the server based on the received account credentials, verified identifiers, and device-related information, including the device ID, Wi-Fi connection information, and phone status/identity data collected through the application's permissions. Thereafter, when the mobile device is connected to the server via a local network, regardless of the user's location, the mobile device is again recognized using the previously collected device identifiers. The myQ platform then applies device-specific "Notifications and Alerts" preferences, such as notifications for "Opened," "Closed," or "Stopped" door events, configured to be delivered "Immediately" via push notification or email, thereby configuring the corresponding notification function for automatic activation. Based on already set preferences, the server automatically activates the corresponding notification function and initiates a transfer of data to the mobile device over the local network, as demonstrated by the real-time "Garage Door Opened" push notification delivered to the user's phone lock screen. Accordingly, upon recognition of the mobile device based on the received account and device information, the myQ server automatically activates a function that initiates a data transfer between the mobile device and the server, thereby satisfying the claimed limitation. |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
| --- | --- |
| | **myQ Account \| How to Create an Account & Sign In**<br><br>**Create a myQ Account**<br>**Step 1: Start Registration**<br>1. Download and open the myQ app<br>• myQ for Apple iOS devices<br>• myQ for Android devices<br>2. Tap **Register**.<br><br>**Step 4: Verify Your Email Address**<br>1. Check your email inbox for a verification message<br>• Sent from: notification@myqsecurity.myq.com<br>2. Open the email and tap the verification link<br>3. The myQ app will open confirming email verification is complete<br>If you receive Error 201, your email is already associated with a myQ account.<br>**Step 5: Add and Verify Your Phone Number**<br>After email verification, you will be prompted to add a phone number.<br>1. Enter your phone number<br>2. Enter the 6-digit verification code sent via SMS<br>3. Tap **Verify**<br>**Step 6: Complete Security Setup (Two-Step Verification)**<br>Next, you will complete your login verification setup.<br>1. Choose how you want to receive login verification codes:<br>• Phone number (SMS)<br>• Email<br>2. Select your primary method<br>3. Confirm your selection |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | Source: https://support.chamberlaingroup.com/s/article/How-to-create-a-MyQ-account-1484145624543 |




Source: https://play.google.com/store/apps/details?id=com.chamberlain.android.liftmaster.myq&hl=en_US



| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | The myQ smart access app allows you to seamlessly open, close and monitor your garage door, commercial door, or gate from ANYWHERE. The app supports myQ-enabled products from leading garage door manufacturers including Chamberlain and LiftMaster. myQ helps you keep your home or business safe and secure.<br><br>With the myQ Smart Garage Camera, you can keep an eye on your home's busiest access point. myQ lets you know who's coming and going, alerting you when someone is detected. With a video storage plan, myQ captures and stores the important motion events, saving the video clips so you can quickly filter, download, and share with your friends and family.<br><br>Additional myQ Features:<br>-Set up smart access alerts that notify you when there's activity<br>-Set schedules to close your garage doors or gates<br>-Share access with family, friends or service providers<br><br>Source: https://play.google.com/store/apps/details?id=com.chamberlain.android.liftmaster.myq&hl=en_US |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
| --- | --- |
| |  |

| Claim 1 | Chamberlain MyQ Smart Garage Control |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=KRaZVazEDRg<br>myQ Bounce – Open & Close Notification<br><br> |

Ex. E - Evidence of Use Regarding Infringement of US Pat. No. 7,280,830

| Claim 1 | Chamberlain MyQ Smart Garage Control |
| --- | --- |
| | <br>Source: https://www.youtube.com/watch?v=MusgS2W4SGA Timestamp: [0.21sec], [0.11sec], [0.09sec], [0.12sec], [0.25] / [0.26 sec] |