# EXHIBIT F

| Claim 1 | Chamberlain MyQ Dock Management |
| --- | --- |
| 1. A method comprising: executing an application at a device, wherein message context data including message context data items is associated with the executing application; | Defendant Chamberlain Group LLC ("Chamberlain" or "Defendant") manufactures, uses, sells, offers for sale, and/or instructs customers to use the myQ Enterprise Dock Management platform, including the Dock Management software, associated web and mobile interfaces (collectively, the "Accused Products").<br><br>myQ Enterprise Dock Management is a cloud-based solution designed to manage warehouse dock operations by coordinating appointments, dock assignments, trailer movements, and communication between warehouse personnel, carriers, and drivers. The platform is accessed through a dock management application running on user devices such as mobile, computers, tablets, and wall-mounted displays etc. During operation, the application maintains operational information including trailer number, dock number, arrival date and time, facility name, dock status, trailer load times activity and safety events. These operational data elements correspond to the claimed message context data and are maintained by the executing application for use in operational workflows, including generating and delivering real-time notifications and alerts to system dashboards, dock personnel and drivers via email and SMS.<br><br>myQ Enterprise<br><br>Dock Managment<br><br> |

Ex. F - Evidence of Use Regarding Infringement of US Pat. No. RE44,742

| Claim 1 | Chamberlain MyQ Dock Management |
| --- | --- |
| | (see below) |




How does Dock Management handle reporting and analytics?

Dock Management automatically captures detailed, time-stamped data for every session, creating a robust dataset for reporting. Facilities can analyze metrics like dock utilization, dwell time, and performance across locations. This data supports ROI measurement and continuous improvement.

| Claim 1 | Chamberlain MyQ Dock Management |
|---|---|
| |  <br>Source: https://enterprise.myq.com/dock-management; https://web.archive.org/web/20260118035934/https://enterprise.myq.com/dock-management |

| Claim 1 | Chamberlain MyQ Dock Management |
|---|---|
| |   Source: https://enterprise.myq.com/software/dock-management; https://web.archive.org/web/20260118035934/https://enterprise.myq.com/dock-management |

| Claim 1 | Chamberlain MyQ Dock Management |
| --- | --- |
| |   |

| Claim 1 | Chamberlain MyQ Dock Management |
| --- | --- |
| | <br>Source: https://enterprise.myq.com/dock-management; https://web.archive.org/web/20260118035934/https://enterprise.myq.com/dock-management<br><br>Loading Docks Connect Online to myQ® Dock Management |

| Claim 1 | Chamberlain MyQ Dock Management |
|---|---|
| | Real-Time Data and Notifications<br><br>On the computers in the shipping and receiving office, a large TV mounted by the loading docks, or from a tablet used by dock personnel, myQ Dock Management will provide the real-time status of each dock. This includes time stamps of activity, safety alerts, and trailer load times.<br><br>Source:https://www.materialhandling247.com/article/loading_docks_connect_online_to_myq_dock_management/P2640 |
| selecting a selected message context data item from the message context data associated with the executing application; and | Defendant's Accused Products select a message context data item from the message context data associated with the executing application.<br><br>Executing myQ Enterprise Dock Management application maintains operational data such as trailer information, dock assignments, loading activity, timestamps of activity, facility name & Phone, and safety events. When generating notifications and alerts for drivers and dock personnel, the application uses relevant operational data items, including assigned dock, facility name, date, estimated time of arrival (ETA), timestamps, and status updates. Thus, the application selects relevant message context data items from the operational data associated with the executing application for inclusion in notification.<br><br>Loading Docks Connect Online to myQ® Dock Management |

| Claim 1 | Chamberlain MyQ Dock Management |
| --- | --- |
| | **Real-Time Data and Notifications**<br>On the computers in the shipping and receiving office, a large TV mounted by the loading docks, or from a tablet used by dock personnel, myQ Dock Management will provide the real-time status of each dock. This includes time stamps of activity, safety alerts, and trailer load times.<br><br>Source:<br>https://www.materialhandling247.com/article/loading_docks_connect_online_to_myq_dock_management/P2640<br><br>**Connected visibility from arrival to departure**<br> |

| Claim 1 | Chamberlain MyQ Dock Management |
|---|---|
| | Source: https://enterprise.myq.com/software/dock-management; https://web.archive.org/web/20260118035934/https://enterprise.myq.com/dock-management<br><br>Source: https://enterprise.myq.com/dock-management; https://web.archive.org/web/20260118035934/https://enterprise.myq.com/dock-management |

| Claim 1 | Chamberlain MyQ Dock Management |
| --- | --- |
| automatically inserting the selected message context data item in a dynamic field of a template to facilitate the creation of a message to send from the device. | Defendant's Accused Products performs the step of automatically inserting the selected message context data item in the dynamic field of a template to facilitate the creation of a message to send from the device.<br><br>The myQ Enterprise Dock Management platform generates notifications using operational data maintained by the executing application. The notification template referenced herein is an illustrative example obtained from the myQ Enterprise AI Chat and is presented to demonstrate the general notification structure. The template includes dynamic fields such as [Facility Name], [Date], [Assigned Dock], [ETA], and [Facility Phone], which are automatically replaced with corresponding context data values (e.g., assigned dock number, appointment time, facility name & phone, and estimated completion time) at the time the notification is generated. The completed message is then transmitted to drivers and dock personnel via email, and text alert, thereby facilitating the automatic creation and delivery of context-specific messages from the device. |



| Claim 1 | Chamberlain MyQ Dock Management |
| --- | --- |
| | Source: https://enterprise.myq.com/software/dock-management; https://web.archive.org/web/20260118035934/https://enterprise.myq.com/dock-management   Source: https://enterprise.myq.com/dock-management; https://web.archive.org/web/20260118035934/https://enterprise.myq.com/dock-management<br>**myQ Enterprise** |

| Claim 1 | Chamberlain MyQ Dock Management |
|---|---|
| |   Source: https://www.youtube.com/watch?v=7pk9R5U427U Timestamp [0.55] [.30] of [1.52] |